UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MANUEL JOSE AYBAR REYES,<br><br>     Petitioner<br>v.<br><br>PATRICIA HYDE, et al.<br><br>     Respondents. | Civil Action No. 25-cv-13149-LTS |

## RESPONDENTS' ASSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND TO HABEAS PETITION

Respondents respectfully move this Court for an extension of time, up to and including Monday, November 3, 2025, to file a response to Petitioner's Petition for Habeas Corpus (Doc. 1). Respondents' response is currently due today, October 30, 2025. In support of this Motion, Respondents submit the following:

1. Petitioner has submitted a Petition challenging his detention by Immigration and Customs Enforcement ("ICE"). Undersigned counsel is working with ICE to gather the facts in connection with this matter but needs a brief extension of time to work with local law enforcement officials to obtain documentation.

2. Respondents anticipate that this extension of time will provide them with sufficient time to gather outstanding documentation and prepare a response.

3. Undersigned counsel conferenced this matter with counsel for Petitioner prior to filing this motion, who assented to the relief requested herein.

WHEREFORE, Respondents respectfully request an extension of time, up to and including November 3, 2025, to file a response in this matter.

                                                            Respectfully submitted,

                                                            LEAH B. FOLEY
                                                            United States Attorney

Dated: October 30, 2025                By:

                                                            */s/ Nicole M. O'Connor*
                                                            Nicole M. O'Connor
                                                           Assistant U.S. Attorney
                                                           United States Attorney's Office
                                                           1 Courthouse Way, Suite 9200
                                                           Boston, MA 02210
                                                           Tel.: 617-748-3112
                                                           Email: Nicole.o'connor@usdoj.gov

## 7.1 CERTIFICATION

     I, Nicole M. O'Connor, hereby certify that conferred with counsel for Petitioner regarding this Motion, and that Petitioner's counsel assented to the relief requested herein.

Dated:  October 30, 2025                            */s/ Nicole M. O'Connor*
                                                           Nicole M. O'Connor
                                                           Assistant U.S. Attorney


## CERTIFICATE OF SERVICE

     I, Nicole M. O'Connor, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: October 30, 2025                By:    */s/ Nicole M. O'Connor*
                                                        Nicole M. O'Connor
                                                        Assistant U.S. Attorney