**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1:25CV10100MPK

Dan Howitt,

Plaintiff,

v

CHA Cambridge Hospital, et al

Defendants.

**RESPONSE TO ORDER TO SHOW CAUSE**

(1) I actually do not state, nor admit, nor imply, the following statement that is made by the court:

"By Howitt's own admission, the present action is another iteration of the pleadings he filed or attempted to file in the state court case."

Moreover, I do not invoke any federal statutes in my state complaint. And, my federal complaint predominately focuses on federal statutes.

(2) Regarding claim preclusion, the essence of this preclusion is that a case that has been litigated cannot be litigated again. However, there was no litigation in my state complaint: It never proceeded to any stage of litigation. including not even an initial memorandum on order by the judge about my complaint. Rather, the judge, via his screening process, dismissed it. I discuss this further below.

(2)

"According to Howitt, he has now "reconstructed [his] complaint so that it hopefully better complies with civil-procedure in the sense of being more focused, clear, and succinct." (#1 at 4.)"

The court interprets what I state, to mean the above ( #1 above), which is not accurate. First, my federal complaint is substantially different than my state complaint, including that I predominately focus on violations of federal statutes. Secondly, in my state complaint, I do not invoke any federal statutes. Moreover, I do not have in my federal complaint most of the state claims that I had in my state complaint . Also, what I mean by "focused, clear, and succinct" is what I state above. That is, focused on federal violations, focused on the clear violations of federal law, and focused on presenting my claims to accord with civil procedure via brief, clear, and relevant statements.

(3) Regarding claim preclusion: (a) again none of my claims about violations of federal statutes in my federal complaint are presented in my state complaint; (b) I did not place them there because state court does not have jurisdiction over the federal statutes that I argue were violated; (c) my defendant-list is not the same in my state complaint as it is in my federal complaint.

(4) Notwithstanding the above 1-3, I understand, from the liberal and edifying discussions provided to me by some judges of this court about cases that they are presiding over, such as Judges Sterns, Cabell, and Joun, all of which are proceeding, there are a substantial number of aspects of my complaint in my Facts section and Causes Of Action section that I should remove and revise. I have completed a draft amended complaint, and I have reduced my original complaint of 28 pages to 6 pages. I will concurrently file with this Response a Motion To Amend Complaint.

(5) Regarding the issue of whether my complaint stats claims for relief: My complaints that the above judges are presiding over, and some other complaints of mine in this court, are (a) of the same general structure as my complaint for this case, and (b) each judge approved of them as stating claims for relief, and as according with civil procedure. Notwithstanding, and as I mention above (#4), I understand that I should substantially revise/amend my complaint.

(6) I am unclear from the court's order (a) whether the court states that my claims, themselves, regardless of the claim preclusion issue, do not state claims for relief, or (b) whether the court states that they state claims for relief, but due to the claim preclusion issue, they may not. I ask the court to clarify this for me. Although, hopefully my above 1-5 are accepted by the court, especially since this is a case of horrid disablist harm by hospital personnel, including the Practice Manager of 20+ years of the Surgical Specialities Department, Judy Petelle, calling me from her home, far outside of Boston, as is shown by my subpoena to T-Mobile, and leaving me a ghastly disablist voicemail from a blocked number saying, with a monstrous guttural voice, "Yourrrrrr Craaaaaaazy", shortly after I filed a complaint with the hospital about the treatment of two of her staff. And she knew from my simple patient file with my diagnoses that I have mental illness.

(7) Due to disorganization, I did not submit the correct exhibits for my Motion For Equitable Tolling (there are two, and they are not what I submitted); and I would do so in a motion to reconsider.

Submitted by,

Dan Howitt
7/6/25