United States District Court

District of Massachusetts (Boston)

1 Courthouse Way

Boston, MA 02210

**REFERENCE: MOTION FOR EXTENSION TO FILE RESPONSE**

**(CIVIL CASE #: 1:23-cv-12135-TSH)**

Dear Civil Clerk,

The response by Plaintiff for court order, dated October 12, 2023, is due on October 26, 2023. However, I received the court order on October 17, 2023 by regular mail.. Request the honorable court to grant an extension to file my response by November 3, 2023. Thanks.

Respectfully Submitted

*Veena Sharma 10/26/2023*

Veena Sharma (PRO-SE)

10 Wedgewood Drive

Andover, MA 01810

Email: jaipuri@aol.com

CelAl:   978-290-3275

United States District Court

District of Massachusetts (Boston)

1 Courthouse Way

Boston, MA 02210

**CERTIFICATE OF SERVICE (CIVIL CASE #: 1:23-cv-12135-TSH)**

Dear Civil Clerk,

The Plaintiff, Veena Sharma (PRO-SE) certifies that I have served a copy of this motion to the Defendant and their attorney by Email. Thanks.

1. County Mortgage, LLC (stuart@countymtg.com)
2. Attorney Rosemary Traini (rtraini@rtrainilaw.com)

Respectfully Submitted

*Veena Sharma* 10/26/2023

Veena Sharma (PRO-SE)

10 Wedgewood Drive

Andover, MA 01810

Email: jaipuri@aol.com

Cel:l:   978-290-3275