UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MANUEL JOSE AYBAR REYES,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, *et al.*,<br><br>Respondents. | No. 25-cv-13149-LTS |

## NOTICE OF APPEAL

Respondents hereby appeal from the Court's Judgment entered November 13, 2025 (Doc. No. 13), including the Order dated November 4, 2025, referenced therein (Doc. No. 11), in the above-captioned case to the United States Court of Appeals for the First Circuit.

Dated: January 9, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:  */s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3112
Nicole.O'Connor@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on January 9, 2026.

|  |  |
|---|---|
| Dated: January 9, 2026 | */s/ Nicole M. O'Connor*<br>Nicole M. O'Connor<br>Assistant U.S. Attorney |