UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Aybar Reyes v. Hyde et al

District Court Number: 25cv13149-LTS

Fee:   Paid?   Yes ____   No ____   Government filer _X_   In Forma Pauperis Yes ____   No ____

Motions Pending   Yes ____ No _X_        Sealed documents   Yes ____ No _X_
If yes, document # _____              If yes, document # _____

Ex parte documents   Yes ____ No _X_       Transcripts   Yes ____ No _X_
If yes, document # _____              If yes, document # _____

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent _X_   Other: ____

Appeal from:

#11 Order on Amended Petition, #13 Judgment

Other information:

   I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#11, #13,, and #14

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __14__ filed on January 9, 2026.

   In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 11, 2026.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**