UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE, JOHN DOE, JAN DOE, JAMES DOE, AND JANET DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAPE COD HEALTHCARE, INC.,<br><br>Defendant. | Civil Action No. 1:25-cv-10445-RGS |

**DEFENDANT CAPE COD HEALTHCARE, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Defendant Cape Cod Healthcare, Inc. ("CCHC") requests leave to file a five-page reply brief, attached hereto as Exhibit A, in support of its Motion to Dismiss the Electronic Communications Privacy Act ("ECPA") claim in Plaintiffs' Amended Complaint (Dkt. No. 11). Plaintiffs' Opposition to CCHC's Motion to Dismiss (Dkt. No. 20) misinterprets the ECPA crime-tort exception, and in doing so, argues for an expansive theory of ECPA liability. The resulting legal and practical effects of this theory would expose healthcare institutions and businesses across both the Commonwealth and the nation to potentially catastrophic criminal and civil liability. CCHC submits that its reply brief will assist the Court in considering the arguments Plaintiffs make in their Opposition. Counsel for Plaintiffs has confirmed that Plaintiffs will not oppose this motion.

Respectfully submitted,

CAPE COD HEALTHCARE, INC.,

*By its attorneys,*

*/s/ Adam J. Bookbinder*

Adam J. Bookbinder (BBO No. 566590)
Samuel N. Rudman (BBO No. 698018)
Mark McPherson (BBO No. 698465)
April C. DeLuca (BBO No. 709101)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Telephone: 617-248-5000
abookbinder@choate.com
srudman@choate.com
mmcpherson@choate.com
adeluca@choate.com

Dated: April 22, 2025

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)**

I, Adam J. Bookbinder, do hereby certify that counsel for Defendant has conferred with counsel for the Plaintiffs in a good-faith attempt to resolve or narrow the issue presented by this motion, and Plaintiffs will not oppose this motion.

*/s/ Adam J. Bookbinder*
Adam J. Bookbinder

Dated: April 22, 2025

**CERTIFICATE OF SERVICE**

I, Adam J. Bookbinder, do hereby certify that on this 22nd day of April, 2025, I caused the foregoing document to be filed through the ECF system and to be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Adam J. Bookbinder*
Adam J. Bookbinder

Dated: April 22, 2025