UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ESTATE OF ROBERT JOSEPH MILLER,
by and Through IAN MILLER, personal
representative of the Estate,
          Plaintiff,

                                                                Docket No.: 1:21-cv-10738

V.

SEAN ROYCROFT and SPENCER
JACKSON, in their individual capacities
and the TOWN OF BARNSTABLE,
MASSACHUSETTS,
          Defendants.

**DEFENDANTS' MOTION FOR AN ORDER GRANTING
ACCESS TO CRIMINAL OFFENDER RECORD INFORMATION
CONCERNING MICHAEL ROBERT MILLER**

NOW COME Defendants, Sean Roycroft, Spencer Jackson and the Town of Barnstable (hereinafter "Defendants") and move pursuant to Federal Rules of Evidence Rule 609, for an Order allowing them to obtain from the New Jersey State Police, Criminal History Record Information concerning **Michael Robert Miller**, a son of the decedent, Robert Miller, and a statutory beneficiary of the Estate of Robert Joseph Miller; DOB: ▮▮▮▮▮▮. As grounds therefor, Defendants state:

1. During discovery, a party is entitled to discover "any matter, not privileged, which is relevant to the subject matter involved in the pending action." Rule 26(b)(1), Fed. R. Civ. P.

2. Rule 26(b)(1), Fed. R. Civ. P., states, in part, that "it is not ground for objection that the information sought will be inadmissible at the trial if the information sought appears reasonably calculated to lead to the discovery of admissible evidence." *See Walsh v. Pullman Co. et al.*, 9 F.R.D. 107 (D. Mass. 1949).

1

3. Prior convictions are admissible under Fed. R. Evid. 609 to impeach any witness, including plaintiffs testifying on their own behalf. *Schuurman v. North Reading*, 139 F.R.D. 276, 277 (D. Mass. 1991).

4. Michael Robert Miller is a son of the decedent, Robert Joseph Miller, and a statutory beneficiary of the Estate of Robert Joseph Miller.  Michael Robert Miller testified at deposition that he lived in New Jersey and has a criminal history in that state.

5. New Jersey Administrative Code (N.J.A.C.) 13:59-1 et seq. authorizes the dissemination of New Jersey Criminal History Record Information (CHRI) by the New Jersey State Police (NJSP), Identification & Information Technology Section (I&ITS), State Bureau of Identification (SBI) for noncriminal justice purposes for, among others, "Attorneys-at-law licensed by any state for use in any contested matters docketed in any state or federal court or administrative agencies of this state." N.J. Admin. Code § 13:59-1.2(a)(3).

6. Defendants should be allowed access to Michael Robert Miller's criminal records in his former home state of New Jersey in order to prepare an adequate cross-examination of him and to test the credibility of his testimony in the above matter.

7. Objections to any tendency of this evidence to prejudice or confuse the jury are properly brought at trial, not during discovery.  *Schuurman v. North Reading*, 139 F.R.D. at 277, *citing Roth v. Paramount Film Distributing Corp.* 4 F.R.D. 302, 304-05 (W.D. Pa. 1945).

8. Counsel for Defendants certify with the filing of this motion that they will not reveal any information contained in the witness's criminal record to parties outside this litigation.

9. Attorneys of record have been certified as a class of persons entitled to access to criminal offender record information in Massachusetts and New Jersey and, absent a Court Order, the State agencies in control of criminal history records will not release the requested information.

Counsel for Plaintiff does not assent to this motion.

WHEREFORE, Defendants request this Court issue an Order allowing them to obtain from the New Jersey State Police Criminal History Record Information (CHRI) pertaining to Michael Miller.  A prepared of Order as well as an Affidavit in support of Defendants' request is attached.

Respectfully submitted,
DEFENDANTS,
Sean Roycroft and Spencer Jackson in their individual capacities, and the Town of Barnstable, Massachusetts,

By their Attorneys,

*/s/ Alexandra M. Gill*

Douglas I. Louison (BBO# 545191)
dlouison@lccplaw.com
Alexandra M. Gill (BBO# 663040)
sgill@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
Ten Post Office Square, Suite 1330
Boston, MA 02109
(617) 439-0305

## CERTIFICATE OF SERVICE

I certify that on this day I caused a true copy of the above document to be served upon the attorney of record for all parties via CM/ECF.

Date:  May 3, 2022                                  */s/ Alexandra Gill*
                                                     Alexandra M. Gill

## Local Rule 7.1, 37.1, and Federal Rule 37(a) Certification

Undersigned counsel certifies that prior to filing the instant motion, counsel for the Defendants conferred via Zoom teleconference with counsel for the Plaintiff in a good faith effort to resolve or narrow the issues raised herein but as of this date was unable to do so.

Date:  May 3, 2022                                  */s/ Alexandra M. Gill*