# United States Court of Appeals
## For the First Circuit

No. 23-1786

SABRINA M. WILLIAMS,

Plaintiff - Appellant,

v.

MEDTRONIC, INC.,

Defendant - Appellee.

Before

Kayatta, Howard and Rikelman,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: June 4, 2024

    Plaintiff Sabrina M. Williams appeals from the denial of her motions for entry of default and from the dismissal of her complaint against Medtronic, Inc. Having carefully reviewed the parties' briefs and the record, we affirm essentially for the reasons stated in the district court's September 6, 2023 order.

    The judgment of the district court is affirmed. The motion for "name change" is hereby sealed. The pending motions are denied. <u>See</u> 1st Cir. R. 27.0(c).

By the Court:

Maria R. Hamilton, Clerk

cc:
Sabrina M. Williams
Michael Mankes
Ellen Lemire