UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Sanjay Krishna et al.** )<br>            Plaintiff,       )<br>    **v.**                        )<br>                                    )<br>**Julie Su**                  )<br>            Defendant    )<br>                                    ) | **1:24-cv-10241-MJJ** |

# JUDGMENT

February 5, 2025

**Joun, D.J.**

In accordance with the Court's Memorandum of Decision entered and dated February 5, 2025, it is hereby **ORDERED** that this action is dismissed.

> **/s/ Myong J. Joun**
> Myong J. Joun
> United States District Judge