UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No.: 1:21-cv-10738-AK

ESTATE OF ROBERT JOSEPH MILLER,
by and Through IAN MILLER, personal
representative of the Estate,
     Plaintiff,

v.

SEAN ROYCROFT and SPENCER
JACKSON, in their individual capacities
and the TOWN OF BARNSTABLE,
MASSACHUSETTS,
     Defendants.

### *ASSENTED-TO* MOTION TO FILE EXHIBITS UNDER SEAL

---

The Defendants hereby move this Honorable Court to enter an order permitting the court

to place the following Exhibits under seal:

| | |
|---|---|
| Exhibit 1 | Death Certificate |
| Exhibit 2 | Barnstable Police Department Dispatch Log |
| Exhibit 6 | Barnstable Police Department Incident Report |
| Exhibit 9 | MA State Police Interview Transcript of Sean Roycroft |
| Exhibit 12 | MA State Police Interview Transcript of Spencer Jackson |
| Exhibit 15 | MA State Police Case Master Report |
| Exhibit 17 | Report of Use-of-Force Expert Charles DiChiara |
| Exhibit 18 | Report of Use-of-Force Expert Scott DeFoe |
| Exhibit 20 | Deposition Transcript of Scott DeFoe |

1

As the basis for this motion, the Defendants state that the above listed Exhibits contain sensitive material relating to Plaintiff.  A protective order was allowed by the Court on July 15, 2021 [docket no. 21].

WHEREFORE, the Defendants respectfully request the court to allow this motion and permit the aforementioned Exhibits to be placed under seal.

Respectfully submitted,

DEFENDANTS,
Sean Roycroft and Spencer Jackson,
By their Attorneys,

*/s/ Alexandra M. Gill*

Douglas I. Louison (BBO# 545191)
dlouison@lccplaw.com
Alexandra M. Gill (BBO# 663040)
sgill@lccplaw.com
Devin R. McDonough (BBO# 707482)
dmcdonough@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
Ten Post Office Square, Suite 1330
Boston, MA 02109
(617) 439-0305

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)
BY DEFENDANTS**

NOW COME the Defendants Sean Roycroft and Spencer Jackson and state that on April 27, 2023, counsel for the Defendants conferred with Plaintiff's counsel with regard to the Motion To File Under Seal and counsel for the Plaintiff assented to this motion.

*/s/ Alexandra M. Gill*
Alexandra M. Gill

2

## <u>CERTIFICATE OF SERVICE</u>

I, Alexandra M. Gill, hereby certify that on April 28, 2023 I served the foregoing by causing a copy to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and/or paper copies will be sent to those indicated as non-registered participants.

*/s/ Alexandra M. Gill*
Alexandra M. Gill