



126/469

*Commonwealth of Massachusetts*
*Registry of Vital Records and Statistics*
## CERTIFICATE OF DEATH

| | |
|---|---|
| State File # | 2019 018579 |
| Registered # | 304 |

Form R-301 07012019

**MEDICAL EXAMINER**

OCME CASE # 2019-4987

| | |
|---|---|
| *Place of Death* | CAPE COD HOSPITAL, BARNSTABLE, MA |

| *Date of Death* | APRIL 16, 2019 | *Age* 63 YRS | *Sex* MALE |
|---|---|---|---|

**DECEDENT**

| *Current Name* | MILLER , ROBERT — |
|---|---|

| *Surname at Birth or Adoption* MILLER | *SSN* ▮▮▮▮ |
|---|---|

*AKA* —

| *Date of Birth* ▮▮▮▮ | *Birthplace* HACKENSACK, NEW JERSEY |
|---|---|

| *Residence* | 45 ELM STREET, BARNSTABLE, MASSACHUSETTS 02601 |
|---|---|

| *Race* WHITE | *Education* HIGH SCHOOL GRADUATE OR GED |
|---|---|

| *Marital Status* DIVORCED | *Occupation/Industry* PLUMBER/CONSTRUCTION |
|---|---|

| *Last Spouse – Last, First, Middle (Surname at Birth or Adoption)* O'NEILL, MARY, CHRISTINE (▮▮▮▮) | *Decedent: U.S. Veteran (Most Recent)* NO |
|---|---|

| *Parent Name – Last, First Middle (Surname at Birth or Adoption)* MILLER, MIRIAM (▮▮▮▮) | *Birthplace* NEW YORK |
|---|---|
| *Parent Name – Last, First Middle (Surname at Birth or Adoption)* MILLER, JOHN JOSEPH (▮▮▮▮) | *Birthplace* NEW YORK |

**MEDICAL CERTIFIER**

| *Part I. Cause of Death – Sequentially list immediate cause then antecedent causes then underlying cause* | *Interval between onset and death* |
|---|---|
| a. Immediate Cause (Final condition resulting in death) **CARDIAC DYSRHYTHMIA IN THE SETTING OF** | — MIN. |
| b. Due to or as a consequence of:. **EXCITED DELIRIUM** | UNKNOWN — |
| c. Due to or as a consequence of: **UNKNOWN PSYCHIATRIC ILLNESS** | UNKNOWN — |
| d. Due to or as a consequence of: **AT THE TIME OF RESTRAINT** | — SEC. |

| *Part II. Other significant conditions contributing to death but not resulting in underlying cause* **HYPERTENSIVE CARDIOVASCULAR DISEASE, OBESITY, ADRENAL INSUFFICIENCY AND HYPOTHYROIDISM** | *Manner of Death:* **NATURAL** |
|---|---|
| | *Time of Death:* **08:00 PM** |
| | *Result of Injury:* NO |

| *Certifier* WILLIAM ZANE, MD | Lic # 58585 |
|---|---|
| *Addr.* 1 SIMPKINS ROAD, BOURNE, MASSACHUSETTS 02542 | |

**DISPOSITION**

| *Funeral Licensee/Designee* DOUGLAS BARTLETT | Lic # 50422 |
|---|---|

| *Facility/Addr.* DE BARTLETT & SONS, INC., PLYMOUTH, MASSACHUSETTS |
|---|

| *Immediate Disposition* | CREMATION |
|---|---|
| *Date of Immediate Disposition* | APRIL 23, 2019 |

*Place/Address*
VINE HILLS CREMATORY, 102 SAMOSET STREET,
PLYMOUTH, MASSACHUSETTS 02360

*[signature: aus m Quirk]*

| *Date of Record* | APRIL 25, 2019 |
|---|---|
| *Date of Amendment* | JULY 12, 2019 — |

**CLERK, CITY OF BARNSTABLE**

I, the undersigned, hereby certify that I am the Town Clerk for the Town of Barnstable that, as such, I have custody of the records of births, marriages and deaths, required by law to be kept in my office; and I do hereby certify that the above is a true copy from said records.
WITNESS: My hand and the SEAL OF THE TOWN OF BARNSTABLE
A TRUE COPY ATTEST: at Barnstable, Massachusetts

*[signature: Ann M Quirk]*

Ann M. Quirk, Town Clerk, Barnstable

(If the Seal is not raised, this document has been illegally copied – do not accept it.)

Miller 000741

R-301 p. 2 of 2                              **MILLER**                              SFN: 2019 018579

BARNSTABLE 304 DEPOSITION # ME-2019/36                              AMENDED: JULY 12, 2019

BARNSTABLE

STATE VOL/PG: 126/469 AE PREVIOUS VOL/PG: 44/247
OPEN

| If U.S. war veteran, specify war/conflict(s) — | | |
|---|---|---|
| Branch of military (most recent) — | | Rank/organization/outfit(most recent) — |
| Date entered(most recent) — | Date Discharged (most recent) — | Service Number(most recent) — |

| Place of Death Type | Date of Pronouncement | Time of Pronouncement |
|---|---|---|
| **HOSPITAL - ER/OUTPATIENT** | — | — |

| RN/NP/PA Pronouncement? | Name of RN/NP/PA Pronouncing Death | Lic # |
|---|---|---|
| **NO** | — | — |

| RN/NP/PA Employing Agency or Institution | Name of Physician or Medical Examiner notified |
|---|---|
| — | — |

| Was M.E. Notified? | Provider in charge of patient's care, if not certifier |
|---|---|
| **YES** | — |

| Autopsy Performed? | Findings available for Cause? | Tobacco contribute to death? | Pregnancy Status, if female |
|---|---|---|---|
| **YES** | **NO** | **NO** | — |

| Date of Injury | Time of Injury | Injury at Work? | If Transportation Injury, specify: |
|---|---|---|---|
| — | — | — | — |

| Place of Injury | Location/Address of Injury: |
|---|---|
| — | — |

| Describe How Injury Occurred |
|---|
| — |

| Expanded Race: **WHITE** |
|---|
| Ethnicity: **AMERICAN** |

| Informant Name | Relationship |
|---|---|
| **IAN MILLER** | **SON** |
| Addr. **58 E SUMMIT AVENUE, MIDLAND PARK, NEW JERSEY 07432** | |

| Date Disposition Permit Issued: **APRIL 22, 2019** | Board of Health Agent **ANN M. QUIRK** |
|---|---|
| State Tracking No.                **018579** | Local Permit No.                **2019298** |

**EVIDENCE:**          **MEDICAL EXAMINER UPDATE**

Miller 000742