Barnstable Police Department                                        Page:    1
Call Number       Printed: 12/09/2019

**For Date: 04/16/2019  -  Tuesday**

| Call Number | Time | Call Reason | Action | Priority | Duplicate |
|---|---|---|---|---|---|
| 19-15349 | 1904 | **Phone – MENTAL HEALTH EMERGENCY** | REPORT TAKEN | 3 | |

```
          Call Taker:   876 - DISPATCHER EMILY A HIGGINS
      Call Closed By:   203 - PTL. PATRICK FALLON 04/16/2019 2341
     Call Modified By:   203 - PTL. PATRICK FALLON
    Location/Address:   [HYA] 45 ELM ST
   Party Entered By:   04/16/2019 2023 203 - PTL. PATRICK FALLON
     Involved Party:   MILLER, ROBERT J @ 45 ELM ST - HYANNIS, MA 02601
                       SSN: ███████   DOB: ██████████   Race: W  Sex: M
               Unit:   236  PTL. SEAN ROYCROFT
                       Disp-19:07:37              Arvd-19:09:28  Clrd-20:42:21
         Cleared By:   187 - SGT. JOHN M ALEXANDER
               Unit:   238  PTL. SPENCER L JACKSON
                       Disp-19:07:47              Arvd-19:10:36  Clrd-20:42:23
         Arrived By:   279 - PTL. SPENCER L JACKSON
         Cleared By:   187 - SGT. JOHN M ALEXANDER
               Unit:   234  PTL. KEVIN M SHAW
                       Disp-19:12:41              Arvd-19:13:09  Clrd-22:11:47
      Dispatched By:   203 - PTL. PATRICK FALLON
         Arrived By:   203 - PTL. PATRICK FALLON
         Cleared By:   187 - SGT. JOHN M ALEXANDER
    Location Change:   [HYA 112] CAPE COD HOSPITAL - 27 PARK ST [Modified: 04/16/2019 1943]
               Unit:   210  SGT. DAVID A MYETT
                       Disp-19:15:14              Arvd-19:15:17  Clrd-23:41:08
      Dispatched By:   203 - PTL. PATRICK FALLON
         Arrived By:   203 - PTL. PATRICK FALLON
         Cleared By:   203 - PTL. PATRICK FALLON
    Location Change:   [HYA 112] CAPE COD HOSPITAL - 27 PARK ST [Modified: 04/16/2019 1953]
    Location Change:   [HYA] 45 ELM ST [Modified: 04/16/2019 2214]
               Unit:   228  PTL. ADAM S RUGGIERI
                       Disp-19:15:44              Arvd-19:15:47  Clrd-19:46:22
      Dispatched By:   203 - PTL. PATRICK FALLON
         Arrived By:   203 - PTL. PATRICK FALLON
               Unit:   211  SGT. KEVIN J TYNAN
                       Disp-19:22:25              Arvd-19:22:30  Clrd-20:56:33
         Cleared By:   149 - SGT. KEVIN J TYNAN
          Narrative:   04/16/2019 1906 DISPATCHER EMILY A HIGGINS
                       RP stated husband having a psychotic break.  Very short on
                       phone.  Caller disconnected, no further info

   Refer To Incident:      19-642-OF
```

Miller 000366