

# Barnstable Police Department
## Incident Report

Page: 1
12/03/2019

### Incident #: 19-642-OF
### Call #: 19-15349

Date/Time Reported: 04/16/2019 1904
Report Date/Time: 04/18/2019 1726
Status: No Crime Involved

Reporting Officer: PTL. SPENCER JACKSON

Signature: _____

| # | INVOLVED | | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 1 | ANDERSON, AMY C<br>45 ELM ST<br>HYANNIS MA 02601 | | F | W | 40 | ██████ | ██████ |

Military Active Duty: N
BODY: NOT AVAIL.          COMPLEXION: NOT AVAIL.
DOB: ████          PLACE OF BIRTH: NOT AVAIL.
LICENSE NUMBER: ████          ETHNICITY: NOT HISPANIC

_____ [CONTACT INFORMATION] _____

Home Phone          (Primary)

| # | EVENTS(S) |
|---|---|

LOCATION TYPE: Residence/Home/Apt./Condo          Zone: HYA2
45 ELM ST
HYANNIS MA 02601

1   Sudden Death

| # | VICTIM(S) | | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 1 | MILLER, ROBERT J<br>45 ELM ST<br>HYANNIS MA 02601 | | M | W | 63 | ██████ | |

DOB: ████
ETHNICITY: Not of Hispanic Origin
RESIDENT STATUS: Resident
VICTIM CONNECTED TO OFFENSE NUMBER(S): 1
RELATION TO: ANDERSON AMY          Spouse

Miller 000367

**Barnstable Police Department**                                    Page: 1
PERSONNEL NARRATIVE FOR PTL. SPENCER L JACKSON
Ref: 19-642-OF

Entered: 05/28/2019 @ 1621        Entry ID: 279
Modified: 05/28/2019 @ 1624       Modified ID: 279

On Tuesday, April 16th I was on patrol assigned to the Hyannis sector in E238. At approximately 1904 Hrs, Officer Roycroft and I were dispatched to 45 Elm St. for a female caller reporting that her husband was having a "Psychotic break." Dispatch did not have any further information from the reporting party. Officer Roycroft arrived on scene approximately one minute prior to me.

Upon my arrival, I exited my cruiser and could hear a loud crash from inside the rear left side of the house; as I approached, the glass slider was knocked out of its frame, fell and landed on the rear deck of the house. I climbed the deck and entered through the rear slider. I observed Officer Roycroft attempting to control a male subject later identified as Robert Miller ███████ Officer Roycroft was on Miller's back and Miller was thrashing around and was attempting to get away from Officer Roycroft's control. Officer Roycroft and Miller walked a few steps away from my position and fell face down into a small area adjacent to the dining room. I approached Officer Roycroft and announced my presence. Officer Roycroft was on the left side of Miller's body and was attempting to gain control of his left arm; I came to the right side of Miller's body and attempted to gain control of his right arm. Miller did not comply with multiple commands to relax, and to put his hands behind his back. Miller continually thrashed his body, kicked his legs, and tried to pull away from our control. Lying directly underneath Miller's body, I observed the shaft of a golf club.

During the struggle, Officer Roycroft made a comment along the lines of; I think he may have something in his hands! We continued to try to gain control of Miller's arms but were unable to remove his arms from beneath his body. I again ordered Miller to put his hands behind his back. I feared that Miller was holding a weapon. I asked Officer Roycroft if I should use my Taser, he replied no and continued to struggle with Miller. I delivered a half strength hand strike, to the side of Miller's body. The strike landed in between his bottom rib and his hip on the right side of his body. The purpose of this strike was to distract Miller in order to gain control of his hands for handcuffing. Immediately after the strike I was able to partially remove Miller's right arm from underneath his body, however as I did this, he twisted his body towards Officer Roycroft's position and yanked his arm back underneath his body.

At this time, I notified dispatch on my radio and advised that we were fighting with the subject. I delivered another hand strike in the same area to Miller's side and was able to move Miller's arm out from underneath his body. I could see that Miller's fist was clenched but did not have anything protruding from his right hand. We continued to give commands to stop resisting and to place his hands behind his back. Eventually Officer Roycroft and I were able to gain control of Miller. I handcuffed him behind the back and double locked the cuffs. Officer Shaw arrived at this time.

I looked back and briefly spoke with the reporting party, Amy Anderson who was standing a short distance behind me. I asked Anderson if he had been consuming any alcohol or narcotics. She briefly replied that he was having some sort of psychotic breakdown but to her knowledge he was not under the influence of drugs or alcohol.

Officer Roycroft immediately noticed that Miller appeared to be unconscious and it appeared that he was not breathing. We placed him on his right side in the recovery position. Officer Roycroft advised me to remove the handcuffs. I removed the handcuffs from Miller and Officer Roycroft began to check for a pulse on Miller's

Miller 000368

**Barnstable Police Department**                                    **Page: 2**
PERSONNEL NARRATIVE FOR PTL. SPENCER L JACKSON
Ref: 19-642-OF

Entered: 05/28/2019 @ 1621        Entry ID: 279
Modified: 05/28/2019 @ 1624    Modified ID: 279

neck. He advised that he was unable to feel a pulse. Officer Roycroft and I rolled Miller onto his back and Officer Roycroft began chest compressions.

Officer Ruggieri arrived at this time carrying a medical bag. I requested a bag valve mask from Officer Ruggieri and began giving rescue breaths. Due to our locations in the room, I took over chest compressions and Officer Roycroft administered rescue breath's to Miller with the BVM. As CPR was being given, Officer Ruggieri connected the AED however no shock was advised. We continued CPR until Hyannis FD arrived. Hyannis FD personnel took over CPR with the Lucas chest compressions machine and continued care for Miller.

Miller 000369

Barnstable Police Department                    Page: 1
SUPPLEMENTAL NARRATIVE FOR PTL. SEAN ROYCROFT
      Ref: 19-642-OF
Entered: 05/29/2019 @ 2033        Entry ID: 179
Modified: 05/29/2019 @ 2033       Modified ID: 179

On Tuesday 4/16/2019, at approximately 1904 hours I was assigned a marked cruiser patrol in Hyannis/Sector 1. At this time I was dispatched along with Patrolman S. Jackson to 45 Elm Street Hyannis. Dispatch advised a female caller was reporting her husband was having a psychotic break. I responded from Saint John Paul High school.

Upon arrival I was met at the front door by a woman. She said he is on the back deck. She was whispering. She had a look of fear on her face. Her voice was shaky. I said dispatch advised your husband is having a psychotic episode, can you elaborate? She said he is hallucinating and talking to people who are not there. She further said you can hear him he is out on the back deck now. I could hear him yelling. I could not understand what he was saying. I asked if he takes medication. She said he has not taken his medication for days. He hasn't slept in days either. I asked her his name? She said Robert. I asked if I should come through the house. She directed me around the right side of the house.

I went to the back right corner of the house where I could see Robert standing on the deck. He was only wearing sweatpants. No shirt or shoes. I also could see several dumb bells stacked up on the stairs leading onto the deck. Robert was talking while looking up to the sky. He was loud. He was gesturing towards the sky with his hands and arms. I could not understand what he was saying.

I stepped from the side of the house into the back yard. I walked towards Roberts's direction. He turned and looked at me. He had the

Miller 000370

look in his eyes like he wasn't there. I said "what's going on Robert?" He said "I'm having a conversation with nature." I said "I do that sometimes. Can I have a conversation with you?" He said "sure, come up on the deck." I stepped up onto the deck next to Robert. I asked him "what's going on today?" He said "nothing just talking with nature." His voice was calm even though he looked frazzled. His eyes were red and bloodshot. He was sweating. He had an empty stare to his eyes. He would not make eye contact with me. He was looking to the ground. I said your wife called because she has some concerns about you. I asked again if we could talk? Robert continued to stare at the ground for several seconds. Then he turned abruptly away from me and walked towards a broken figurine (lawn ornament) on the deck near the house. I thought he was going to pick up a piece of the broken figurine. I followed and stayed close to Robert. He stopped as he reached the house. All of a sudden like a light switch he turned towards me and said fuck you I'm not talking with you get the fuck away from me. He was angry with clenched fists. He was grunting and shaking his fists. He turned and hurried towards the sliding door leading into the house. I thought he was going to look for his wife inside the house. I asked him to stop. He grabbed the handle of the door and pulled it open. I was directly behind him. I continually told him to stop. He entered the dining area through the slider. He seemed to be on a mission. I thought he was looking for his wife. I grabbed him by the arm to stop him. He pulled away and was now leaning over the dining table foraging for something. The table was covered with several different items. I was afraid he was looking to arm

Miller 000371

**Barnstable Police Department**                          Page: 3
SUPPLEMENTAL NARRATIVE FOR PTL. SEAN ROYCROFT
Ref: 19-642-OF

Entered: 05/29/2019 @ 2033          Entry ID: 179
Modified: 05/29/2019 @ 2033          Modified ID: 179

himself. He would not respond to my commands to back away from the table. I placed him in a seatbelt hold. My left arm under his left arm pit and my right arm over his right shoulder with my hands connected at his chest. My right leg was between his legs with my left leg to the outside of his left leg. I pulled him back away from the table.

Robert continued to fight and pull trying to get back to the table. His hands were in front of his chest with his arms bent at the elbow. I was not able to see his hands. I was applying pressure with my arms and hands to keep him from pulling away from me. The entire time I was asking Robert to stop resisting/fighting. We were still upright and shuffling across the floor. He was pulling me forward. We were moving towards the front of the house. The dining area and office area are separated by two railings with an opening in the middle. There is a step down in the floor. I could see his wife out of the corner of my eye to my left. I also could see a set of golf clubs in a bag leaning against the wall in the direction we were moving. A single golf club was on the floor in front of us. I was holding Robert pulling back trying to keep him away from the clubs. I thought he was trying to get to the clubs. As we reached this step down we both fell to the floor landing on top of the golf club. I was still holding Robert in a seatbelt hold. He fell face first to the floor with his arms under his body. I still had a seatbelt hold on him. He was trying to get up lifting his chest and pulling his elbows under him. He was squeezing my left arm and had it trapped. I was not able to reach my taser or microphone. I was trying to keep pressure on his back to keep him from getting up. My shoulder radio microphone pressed against my

Miller 000372

neck and I heard the tone from my radio.  At this time I heard Officer Jackson say, Sean I'm behind you.  I said I don't know if he has anything in his hands.

Officer Jackson was trying to control Robert's right arm.  Officer Jackson was able to pull his right arm partially out.  Robert moved and pulled his arm back under him.  Officer Jackson asked me if he should tase him. I said no because my left arm was stuck under Robert's left arm pit.  I was not able to move away.  Officer Jackson radioed for back up.  Officer Jackson then delivered a hand strike to Robert in the lower right portion of his back telling him to pull hands out.  Robert was still moving, twisting, and pulling to keep his arms under his chest.  I was able to pull my left arm out and get control of Robert's left arm.  Officer Jackson was now able to get control of his right arm and together we pulled his arms behind his back.  Robert was still face down on the floor.  We secured the handcuffs and Officer Jackson double locked them.

I bent over and told Robert that I would help him to his feet.  I did not receive a response from him.  I held Robert by his left arm asking him to move to his feet.  I still did not receive a response from him.  I lifted his left eye lid.  His pupil appeared fixed.  I placed my finger in front of his eye looking for an involuntary movement.  There was no movement.  I moved Robert onto his right side (recovery position).  I told Officer Jackson we need to remove the cuffs.  I checked for a pulse at the carotid artery.  There was no pulse.  I radioed dispatch asking for rescue.  I immediately began chest compressions.  Officers Shaw and Ruggieri

Miller 000373

arrived. I told one of them to get the medical bag. As soon as the medical bag arrived Officer Jackson began rescue breaths with the AMBU bag mask. Because the area where we were working was so tight it was more effective for Officer Jackson to do chest compressions. I took over the rescue breaths and Officer Jackson did the chest compressions. Officer Ruggieri connected the AED. No shock was indicated by the AED. Officer Jackson and I continued CPR until Hyannis Rescue personal arrived and assumed patient care. I assisted rescue personal with attaching the Lucas machine. As more rescue personal arrived I moved to the living room and eventually to the front yard. A short time later Robert was transported to CCH by Hyannis Rescue.

Sergeant Tynan was on scene and assumed command. Officer Jackson, Sergeant Tynan, and I went back into the house. It was at this time that I noticed the slider had become detached from the house. Officer Jackson said he heard the slider land on the deck as he approached and heard the disturbance inside. I did not know that the slider was knocked out until that time. I checked the dining table where Robert was foraging. On the table was a pair of scissors that had been taken apart. It looked like two knives on the table. I believe Robert was trying to get to those scissors. The kitchen floor was covered in a red substance. At first I thought it might be blood. A closer look reveled the substance was red jelly. I located my broken watch on the floor near the golf clubs. The watch band broke during the struggle.

Sergeant Tynan advised Officer Jackson and me that Robert had

Miller 000374

**Barnstable Police Department**                    Page: 6
SUPPLEMENTAL NARRATIVE FOR PTL. SEAN ROYCROFT
Ref: 19-642-OF

Entered: 05/29/2019 @ 2033        Entry ID: 179
Modified: 05/29/2019 @ 2033    Modified ID: 179

died.  I was also informed that Robert and Amy were not married.  They have been in a long term relationship for ten plus years.  Officer Jackson and I were instructed to return to the station.  At the station Sergeant York photographed my uniform, watch, and the injury to my left knee.