UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ESTATE OF ROBERT JOSEPH MILLER,
by and Through IAN MILLER, personal
representative of the Estate,
    Plaintiff,

                            Docket No.: 1:21-cv-10738-AK

v.

SEAN ROYCROFT and SPENCER
JACKSON, in their individual capacities
and the TOWN OF BARNSTABLE,
MASSACHUSETTS,
    Defendants.

## AFFIDAVIT OF AMY ANDERSON

I, Amy Anderson, hereby swear and depose that the following statements are based on my personal knowledge and true:

1. I was in a long-term, romantic relationship with Robert Miller and lived with him at 45 Elm Street, Hyannis, MA for approximately eight years until the time of his death on April 16, 2019.

2. In April 2017, when I returned home from a family visit in Florida, Robert indicated that he ate and slept very little for the five to six days that I was away. He also hadn't showered or changed his clothes during this time.

3. Robert exhibited an unusually elevated mood, had an agitated demeanor and was expressing delusional ideas.

4. Being a mental health clinician, I was certain that he was experiencing a psychiatric episode and needed an outside professional evaluation. However, as his loved one, I feared that challenging Robert's delusional thinking would exacerbate his condition.

5. At one point, we agreed to go for a short drive, for a change of scenery. As as soon as Robert started driving, it was apparent to me that he was driving very erratically and seemed to be hallucinating cars and people on the road who were not there.

6. I screamed at him, "Please stop!", and he pulled up to the beach parking lot. I then exited the car, told him that he was scaring me, and I refused to get back in the car with him.

1

7. Robert then sped away, and within approximately 15 minutes, he was pulled over by the Barnstable Police for driving to endanger. As per the associated police report, it was clear to the attending officer that he was mentally unwell and unsteady on his feet. Robert agreed that he felt a little dizzy and agreed to be transported to Cape Cod Hospital to make sure he was okay.

8. He was deemed an immediate safety threat, and his driver's license was revoked for medical reasons.

9. Robert was evaluated medically and psychiatrically at Cape Cod Hospital. Within a few days, he was hospitalized at the Cape Psychiatric Center in Hyannis, MA, where he was diagnosed with "Brief Psychotic Disorder" and was prescribed antipsychotic medication.

10. Robert was charged with the assault and battery of two hospital security guards while on the locked psychiatric unit at CCH. He was subsequently found guilty of these charges and completed one year of supervised probation; however, he was unsuccessful in attempting to get his driver's license reinstated.

11. Unable to drive, Robert expressed that he better staying at home, since he was struggling to relate to people in public places, as well as the overall condition of society.

12. He started to endorse living the life of a recluse and eventually stopped leaving the house altogether.

13. At some point in early 2019, Robert had stopped taking his prescribed medications for depression, anxiety and high blood pressure. He was monitoring his blood pressure with our at-home wrist cuff and noted that his readings varied significantly, depending on his level of activity, and ranged from below normal to what he had previously been told was dangerously high.

14. Robert had an abnormal EKG reading at his physical exam, which was performed in the winter of 2018 into 2019, and his PCP referred him to a local cardiologist for further testing.

15. I drove Robert to his cardiologist appointment, where he completed the first recommended test.

16. I also brought Robert to his second test, but he was advised to reschedule when his nausea/vertigo symptoms prevented proper administration of the nuclear preparation.

17. Robert had an upcoming appointment with the cardiologist for April 18, 2019, two days after his death.

18. I left for my semiannual family visit in Florida on April 9, 2019, and when I returned at approximately 7PM on April 15, 2019, it was apparent to me that Robert was fully experiencing another psychotic episode.

19. Similar to two years prior, he indicated that he didn't eat or sleep very much while I was away, and the house was in a bizarre state.

20. I saw that Robert had moved furniture and objects into groupings ("site lines") that signified importance to Robert but were outwardly illogical, and a sticky, fruit substance he deemed "royal jelly" was smeared around on the kitchen floor.

21. Aside from during his 2017 episode, I never feared or felt unsafe with Robert. However, I spent the last 24 hours of Robert's life with a man behaving very differently than the Robert I had spent the past eight years with.

22. He was espousing multiple delusions, including that I had been pregnant for 200 years but would ultimately give birth to our baby dragons later that night.

23. There were several periods of time that from the first floor, I could hear him yelling at and physically fighting with at least one person he was hallucinating to be upstairs with him.

24. When Robert came downstairs, blood he identified as his own was dripping down his leg, and his voice was hoarse from extensive yelling.

25. I saw later on that he had punched the screens out of the upstairs windows, and the heavy bedroom door was hanging off its hinges.

26. We were both standing in the middle of the kitchen when I told Robert I was really scared and didn't understand what was happening.

27. At one point, he went to the dining room table and sat in front of his phone and computer, which were both turned off. He then put a blanket over his head and started having a "top secret" conversation with someone.

28. When I entered that room to close the slider door that he had been intermittently opening and closing, he was startled to see me. He dropped the blanket, jumped up from the chair, then said, "You weren't supposed to hear that" then, "You are going to have to be eliminated".

29. I couldn't identify at that moment if I truly feared my life would abruptly end, but my instinctive sense of danger was overwhelming me.

30. Soon after this, I opened the slider and went onto the deck, where I attempted to enable the emergency function on my iPhone. I was taken aback by the voice alert saying, "calling 911", so I hung up before the call connected, knowing Robert would be angry if he heard me calling 911.

31. I re-entered the house and sat in the living room recliner, where I recall feeling frozen with fear.

32. I had contemplated calling 911 numerous times over the previous 20+ hours, and I consistently questioned my ability to navigate the situation without soliciting help.

33. I recall that earlier on, I was hoping maybe a concerned neighbor would hear him yelling and fighting then call for a well-being check.

34. I became increasingly fearful that in his mental state, he might become violent toward me or others, or might harm himself.

35. At one point while I was sitting in the recliner, Robert went outside on the deck.

36. When I peeked out the window, he was looking around at the trees in the backyard and didn't seem to be talking, yelling, fighting or actively hallucinating.

37. I realized that those were the first few moments of relative calm since my return home, and that Robert and I had both been operating on heightened alert level in excess of 20 consecutive hours.

38. I made the decision to call 911 at that time, despite my ongoing reluctance to do so, knowing that it would likely be disturbing to Robert, and possibly to the extent of feeling I betrayed him.

39. Ultimately, I called 911 because I was afraid for my safety. I disconnected the call before the conversation was over, as it occurred to me what I had just set into motion, generating a tremendous sense of fear in me.

40. I knew Robert had previously been combative with authority figures, was a boxer and had training in MMA, jujitsu. I was worried he may be adversarial with the police and/or retaliate at me for initiating emergency intervention.

41. When a police officer came to the front of the house, I remember speaking with him about Robert through the closed screen door and through partially-open front door.

42. I remember the officer asking me what was going on with Robert, to which I replied, "He is delusional".

43. I do not remember any other details of this conversation with the officer, aside from my urging the officer to go around the side of the house toward the back, where I had last observed Robert standing on the back deck.

44. While the officer and I were speaking with each other at the front of the house, neither of us could see Robert due to the house being in-between us and Robert. There was no way to see through the front door to the back of the deck where I believed Robert to have been standing.

4

45. While speaking to the officer through the partially-closed door and closed screen door, I remember checking behind me, to make sure Robert had not entered the house.

46. I remember that I quickly whispered the aforementioned information to the officer through the screen door and backed away from the door to move into the living room while the officer went around the side of the house toward the back.

47. While in the living room, I could not see any of the interaction between Robert and the officer, nor was I able to hear any words exchanged between them.

48. I next saw Robert and the officer a few seconds before they crashed into the back slider door and were inside the house. The slider door fell off its track and onto the deck during this process.

49. I heard the officer issue verbal commands for Robert to stop and put his hands behind his back, and while I don't recall exactly what was said or how many times these commands were issued, I know these commands were issued many times. I do not recall seeing Robert attempt to comply with any of the commands.

50. At the point at which I saw them inside the house, Robert appeared to be trying to move further into the house, while the police officer appeared to be trying to prevent him from moving further into the house by holding onto him from behind.

51. I am unsure of exactly how the officer's arms were positioned in relation to Robert's body, but I recall one of the officer's arms being under Robert's arm. I described it as "something like a bear hug" when I initially recounted their actions.

52. Robert was able to move across the floor while the officer was still at his back; the officer appeared to be trying to slow Robert down or prevent him from moving further into the house.

53. I attempted to watch the struggle while peering out from the living room doorway, but I did not see all of it, because the lines of sight where limited, and there were times when I looked away.

54. I have very little memory of the sequence of events or how Robert or any officers were positioned at any given time during the struggle; however, I do recall a second officer joining in after Robert had dragged the first officer across the floor to a recessed office nook toward the front of the house.

55. My memory of their interactions is unclear, but I do recall that Robert was actively resisting the officers' efforts to restrain him up until the moment handcuffs were placed on him.

56. At some point, I remember one of the officers delivering a punch to Robert; this punch appeared to be for the purpose of getting Robert to bend his arm so he could be placed in handcuffs.

57. While I recall seeing Robert being face-down in the recessed office area at some point, I have no recollection of the number of seconds during which Robert was face-down.

58. I did not see either officer apply any pressure to Robert's torso, head or neck at any time.

59. When Robert and the two officers were struggling in the small space of the office area, at some point I heard Robert say the phrases, "I can't breathe," and "Help me, Amy."

60. I do not recall Robert saying or doing anything after these phrases, nor do I recall what the officers were doing at the moment Robert said these phrases.

61. I also have no memory of the positioning of the officers at the time Robert said these phrases, although I do recall that Robert said these phrases while both of the officers were trying to place him in handcuffs.

62. After Robert said these phrases, I asked one of the officers whether Robert could breathe and was told, "Yes, he can breathe."

63. I have no recollection of which officer said "Yes, he can breathe," but I recall that the officers started CPR almost immediately after that.

64. Robert appeared to stop fighting with the officers at the same time that the officers were successful in placing handcuffs on him.

65. My best estimate is that the entire interaction between Robert and any police officer(s) inside the house lasted less than approximately 90 seconds.

66. I recall there being only a few seconds between Robert saying he couldn't breathe and the officers beginning life-saving measures.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 23rd DAY OF APRIL, 2023.

Amy Anderson

6