

## Massachusetts State Police

### Case Master Report  2019-102-131

Date Initiated  04/17/2019

| Warning |
| --- |
| Contains entities exempt from disclosure |

| Primary Information | |
| --- | --- |
| Agency: | **Massachusetts State Police** |
| Bureau: | **Division of Investigative Services** |
| Division: | **Investigative Services 2** |
| Unit: | **Cape & Island SPDU** |
| Squad: | **Cape & Island Barnstable Homicide** |
| Lead LEO: | **Diotte, Jeffrey F (Cape & Island Barnstable Homicide / Massachusetts State Police - GHQ)** |
| Type Of Case: | **Unattended Death - X101** |
| Case Sub Type: | **Natural** |
| Case Description: | **The Death of Robert J. MILLER (  ▓▓▓▓▓  on 4/16/19 in Hyannis** |
| Case Priority: | **Medium** |

| Case Status | |
| --- | --- |
| Case Status: | **CLOSED** |
| Case Status Date: | **07/17/2019** |
| Disposition Code: | **CLOSED/COMPLETED** |
| Disposition Date: | **05/31/2019** |
| Dissemination: | **Chain of Command** |



# Massachusetts State Police

## *HOMICIDE/DEATH REPORT 2019-102-131*

Report Date: 04/17/2019

---

**Warning**

**Contains entities exempt from disclosure**

---

**Primary Information**

| | |
|---|---|
| Description: | **The Death of Robert J. MILLER** ▮▮▮▮ **on 4/16/19 in Hyannis** |
| Occurrence From: | **04/16/2019 19:03** |
| Occurrence To: | **05/30/2019 16:00** |
| Dissemination Code: | **report respect the security of its associated case** |
| Reporting LEO: | **Diotte, Jeffrey F (Cape & Island Barnstable Homicide / Massachusetts State Police - GHQ)** |
| Backup LEO: | **Mawn, Jack (msp2402 / Cape & Island SPDU / Massachusetts State Police)** |
| Report Status: | **Approved** |
| Report Status Date: | **08/07/2019** |
| Approved By: | **Mawn, Jack (msp2402 / Cape & Island SPDU / Massachusetts State Police)** |

---

**Address #1 - LOCATION OCCURRED #1 - 45 ELM ST**

*Primary Information*

Address:    **45 ELM ST, HYANNIS, MASSACHUSETTS 02601 UNITED STATES**

*Subjects*

| Relationship | Name | Bio | DOB |
|---|---|---|---|
| **MAILING ADDRESS** | **MILLER, ROBERT J (PERSON)** | **63 yr. old, WHITE, MALE** | ▮▮▮▮ |

---

**Subject #1 - BOYFRIEND/GIRLFRIEND #1 - ANDERSON, AMY C**

*Primary Information*

| | |
|---|---|
| Subject Name: | **ANDERSON, AMY C** |
| Record Type: | **PERSON** |
| Bio: | **40 yr. old, WHITE, FEMALE** |
| Birth Date: | ▮▮▮▮ |
| Sexual Orientation: | **HETEROSEXUAL** |
| Juvenile: | **NO** |

*Personal Information*

| | | |
|---|---|---|
| Height: | **503** | |
| US Citizen: | **YES** | |
| Deceased: | **NO** | |

*Addresses*

| Relationship | Address |
|---|---|
| **MAILING ADDRESS** | **45 ELM ST, HYANNIS, MASSACHUSETTS 02601 UNITED STATES** |

*Telephones / E-Addresses*

| Relationship | Number/E-Address |
|---|---|
| **SUBSCRIBER USER** | ▮▮▮▮ **(CELLULAR)** |



## Massachusetts State Police

### HOMICIDE/DEATH REPORT  2019-102-131

Report Date: 04/17/2019

---

### Subject #1 - BOYFRIEND/GIRLFRIEND #1 - ANDERSON, AMY C - Continued

**Identifications**

| ID Type | Number | State | Country | As Of Date | Fictitious | Comment |
|---|---|---|---|---|---|---|
| SOCIAL SECURITY | ■■■■■ | --- | --- | --- | NO | --- |
| DRIVER LICENSE | ■■■■■ | MASSACHUSETTS | --- | --- | NO | --- |

---

### Subject #2 - DECEASED - NON VICTIM #1 - MILLER, ROBERT J

**Primary Information**

Subject Name: **MILLER, ROBERT J**

Record Type: **PERSON**

Bio: **63 yr. old, WHITE, MALE**

Birth Date: ■■■■■

Sexual Orientation: **HETEROSEXUAL**

Juvenile: **NO**

**Personal Information**

Height: **510**

US Citizen: **YES**

Photo: **YES**

Deceased: **YES**

Date Deceased: **04/16/2019 00:00**

**Addresses**

| Relationship | Address |
|---|---|
| MAILING ADDRESS | 45 ELM ST, HYANNIS, MASSACHUSETTS 02601 UNITED STATES |

**Identifications**

| ID Type | Number | State | Country | As Of Date | Fictitious | Comment |
|---|---|---|---|---|---|---|
| SOCIAL SECURITY | ■■■■■ | --- | --- | --- | NO | --- |
| DRIVER LICENSE | ■■■■■ | MASSACHUSETTS | --- | --- | NO | --- |

---

### Subject #3 - INTERVIEWEE #1 - JACKSON, SPENCER LEE

**Primary Information**

Exempt From Disclosure: **YES**

Subject Name: **JACKSON, SPENCER LEE**

Record Type: **PERSON**

Bio: **32 yr. old, BLACK, MALE**

Birth Date: ■■■■■

Juvenile: **NO**



## Massachusetts State Police

## HOMICIDE/DEATH REPORT  2019-102-131

Report Date:  04/17/2019

---

### Subject #3 - INTERVIEWEE #1 - JACKSON, SPENCER LEE - Continued

**Personal Information**

Height:            **511**

US Citizen:     **YES**

Deceased:      **NO**

**Employment Information**

Employed:       **YES**

Occupation:     **BARNSTABLE POLICE OFFICER**

**Addresses**

| Relationship | Address | |
| --- | --- | --- |
| **MAILING ADDRESS** | ██████████████ | , **MARSTONS MILLS, MASSACHUSETTS 02648 UNITED STATES** |

**Identifications**

| ID Type | Number | State | Country | As Of Date | Fictitious | Comment |
| --- | --- | --- | --- | --- | --- | --- |
| **SOCIAL SECURITY** | ████ | --- | --- | --- | **NO** | --- |
| **DRIVER LICENSE** | ████ | **MASSACHUSETT S** | --- | --- | **NO** | --- |

---

### Subject #4 - INTERVIEWEE #2 - ROYCROFT, SEAN J

**Primary Information**

Exempt From Disclosure:       **YES**

Subject Name:                       **ROYCROFT, SEAN J**

Record Type:                         **PERSON**

Bio:                                        **54 yr. old, WHITE, MALE**

Birth Date:                             ████████

Juvenile:                               **NO**

**Personal Information**

Height:            **510**

US Citizen:     **YES**

Deceased:      **NO**

**Employment Information**

Employed:       **YES**

Occupation:     **BARNSTABLE POLICE OFFICER**

**Addresses**

| Relationship | Address | |
| --- | --- | --- |
| **MAILING ADDRESS** | ████████████████ | **MASSACHUSETTS 02632 UNITED STATES** |

**Identifications**

| ID Type | Number | State | Country | As Of Date | Fictitious | Comment |
| --- | --- | --- | --- | --- | --- | --- |
| **SOCIAL SECURITY** | ████ | --- | --- | --- | **NO** | --- |



## Massachusetts State Police

## *HOMICIDE/DEATH REPORT 2019-102-131*

Report Date: 04/17/2019

---

### Subject #4 - INTERVIEWEE #2 - ROYCROFT, SEAN J - Continued

#### *Identifications - Continued*

| ID Type | Number | State | Country | As Of Date | Fictitious | Comment |
|---|---|---|---|---|---|---|
| DRIVER LICENSE | ███████ | MASSACHUSETT S | --- | --- | NO | --- |

#### *Alias Information*

Alias
ROYCROFT, SEAN J

---

### Subject #5 - NEXT OF KIN #1 - RAFUS, JENNIFER MILLER

#### *Primary Information*

Subject Name:    **RAFUS, JENNIFER MILLER**

Record Type:    **PERSON**

Bio:    **49 yr. old, WHITE, FEMALE**

Birth Date:    ███████

Juvenile:    **NO**

#### *Personal Information*

Height:    **508**

Weight:    **140**

Eye Color:    **BROWN**

US Citizen:    **YES**

Deceased:    **NO**

#### *Addresses*

| Relationship | Address |
|---|---|
| HOME ADDRESS/RESIDENCE | 1504 SATILLA BLVD, WAYCROSS, GEORGIA 31501 UNITED STATES |

#### *Telephones / E-Addresses*

| Relationship | Number/E-Address |
|---|---|
| SUBSCRIBER USER | ███████ (CELLULAR) |

#### *Identifications*

| ID Type | Number | State | Country | As Of Date | Fictitious | Comment |
|---|---|---|---|---|---|---|
| SOCIAL SECURITY | ███████ | --- | --- | --- | NO | --- |
| DRIVER LICENSE | ███████ | GEORGIA | UNITED STATES | 6/3/2015 | NO | --- |
| DRIVER LICENSE | ███████ | MASSACHUSETT S | --- | --- | NO | --- |

#### *Alias Information*

Alias
RAFUS, JENNIFER M

---



*Massachusetts State Police*

*HOMICIDE/DEATH REPORT  2019-102-131*

Report Date:  04/17/2019

**Analysis Information**

| | |
|---|---|
| Homicide: | **NO** |
| Exact Location Of Death: | **45 ELM ST, HYANNIS** |
| Next Of Kin: | **JENNIFER RAFUS (SISTER)** |
| Next Of Kin Notified: | **YES** |
| Drug Addict: | **NO** |
| Drug Intoxicated: | **NO** |
| Hate Crime: | **NO** |
| Sex Crime: | **NO** |
| Juvenile Crime: | **NO** |
| Domestic Violence: | **NO** |
| Senior Abuse: | **NO** |
| Child Abuse: | **NO** |
| Gang Related: | **NO** |

**Property #1 - 1 - CD and contact sheet containing Trooper Watson's digital photography**

*Primary Information*

| | |
|---|---|
| Property Type: | **PHOTO/NEG/SLIDE/LATENT** |
| Description: | **1 - CD and contact sheet containing Trooper Watson's digital photography** |
| Date Seized: | **04/16/2019** |
| Property Status: | **EVIDENCE/SEIZED** |
| Status Date: | **04/16/2019** |
| Quantity: | **1** |
| Collected Date/Time: | **04/16/2019 22:23** |

**Narrative begins on the following page.**



**CHARLES D. BAKER**
*GOVERNOR*

**KARYN E. POLITO**
*LIEUTENANT GOVERNOR*

**THOMAS A. TURCO, III**
*SECRETARY*

**COLONEL KERRY A. GILPIN**
*SUPERINTENDENT*

*The Commonwealth of Massachusetts*

*Department of State Police*

*Massachusetts State Police Detective Unit*

*P.O. Box 655*

*Barnstable, MA 02630*

TO:      Detective Lieutenant Jack Mawn, #2402
         Unit Commander, Cape and Islands State Police Detective Unit

FROM:    Trooper Jeffrey F. Diotte, #3421
         Cape and Islands State Police Detective Unit

SUBJECT: The Death of Robert J. MILLER (DOB: ███ on 04/16/19 in Hyannis

CASE#:   2019-102-131

1.   On Tuesday, April 16, 2019, at approximately 9:00PM, I, Trooper Jeffrey Diotte, was contacted by Detective Lieutenant Jack Mawn regarding a death in Barnstable. Detective Lieutenant Mawn informed me that the Barnstable Police Department and the Hyannis Fire Department received a 911 call requesting assistance at 45 Elm Street, Hyannis, regarding a male person experiencing a psychiatric episode. The initial information indicated that Barnstable police officers arrived on scene and made contact with a white male. Officers attempted to detain the white male but he actively resisted. As officers struggled to restrain the white male it became apparent that the white male was now unresponsive. Officers began rendering aid to the male and he was transported by EMS to Cape Cod Hospital (CCH). Detective Lieutenant Mawn advised that he was responding to CCH and directed me to respond to 45 Elm Street, Hyannis.

2.   At approximately 9:15PM, I called the Troop D Duty Office and spoke to Lieutenant Peter Cooke. I requested that Lieutenant Cooke notify a member of the Crime Scene Services Section (CSSS) respond to CCH to assist in a death investigation.

3.   At approximately 9:45PM, I arrived to 45 Elm Street, Hyannis. The residence is a small 1 ½ story home that was cluttered. I met with Barnstable Police Lieutenant Mark Mellyn, who identified the decedent as 63-year-old white male Robert J. MILLER (███████████████). Lieutenant Mellyn stated that at approximately 7:04PM the Barnstable Police Department and the Hyannis Fire Department were dispatched to 45 Elm Street for a report of a male party needing a psychiatric evaluation. Lieutenant Mellyn identified Officer Sean Roycroft and Officer Spencer Jackson as the first officers on scene. Lieutenant Mellyn said that soon after arriving on

1 | Page

scene, the officers were requesting additional assistance because MILLER was fighting. Lieutenant Mellyn directed me to Amy Anderson █████████, who was MILLER'S girlfriend and the 911 caller.

4.    At approximately 9:55PM, I interviewed Ms. Anderson in the living room. Linda Milde, Ms. Anderson's friend, was present for the interview.

a.    Ms. Anderson identified herself as MILLER'S common law wife. Ms. Anderson stated that she and MILLER were in a relationship for the previous eight (8) years. Ms. Anderson detailed that approximately two (2) years ago MILLER became delusional and was admitted to the Cape Psychiatric Center for ten (10) days. Ms. Anderson said that MILLER was diagnosed with Brief Psychotic Disorder, which entails a concrete episode of delusion complete with auditory and visual hallucinations. Ms. Anderson stated that after being discharged MILLER became a patient of Maria Gianan, a psychiatric nurse practitioner. MILLER was prescribed Wellbutrin, Prozac and Propranolol medications and last visited with Ms. Gianan in December 2018. Ms. Anderson advised that MILLER abruptly stopped taking all of his medications approximately two (2) months ago. Ms. Anderson said that MILLER stopped his medications because they were affecting his blood pressure and because of MILLER'S general dislike for pharmaceuticals. Ms. Anderson identified Dr. Vimal Patel as MILLER'S primary care provider and Dr. Mallory Hatfield as MILLER'S cardiologist. Ms. Anderson detailed that MILLER had a congenital heart defect and had a follow-up appointment with the cardiologist scheduled for April 18, 2019. Ms. Anderson noted that MILLER did not necessarily always share pertinent information with his doctors. For instance, MILLER spent hundreds of dollars per month on natural testosterone because he liked the edge that the testosterone provided; however, MILLER did not make all of his doctors aware of his testosterone intake. Additionally, Ms. Anderson said that MILLER was a boxer when he was younger and suffered significant damage to his nose. Ms. Anderson described MILLER as constantly having trouble breathing. Ms. Anderson said that MILLER had sleep apnea but MILLER did not consider obtaining a CPAP mask because he would never use it. Ms. Anderson said that MILLER often vaped marijuana but did not drink alcohol.

b.    Ms. Anderson said that things with MILLER were seemingly fine until approximately two (2) weeks ago. Ms. Anderson noticed that MILLER'S statements and behavior were becoming increasingly delusional. On April 09, 2019, Ms. Anderson traveled to Florida to visit family. Ms. Anderson mentioned that MILLER'S psychiatric break two years ago also occurred in the timeframe when she traveled to Florida. Ms. Anderson said that she and MILLER had very little contact while she was out of state, which was unusual. Ms. Anderson said that she arrived home last evening (April 15, 2019) at approximately 7:30-8:00PM. Ms. Anderson described the house as being, "Trashed but in a weird way." Ms. Anderson observed grape jelly all over the kitchen floor. MILLER had also placed cups and bottles in the corners of different rooms with strict instructions for Ms. Anderson to not

*Excellence In Service Through Quality Policing*

touch anything. Ms. Anderson said that she knew right away upon returning home that MILLER was delusional. Ms. Anderson added that the clincher was when MILLER informed Ms. Anderson that she was pregnant with dragon babies. Ms. Anderson said that MILLER did not watch television and it was not a Game of Thrones reference. Ms. Anderson said that she went to bed at approximately 11:00PM but was only sleeping for one to two hour increments because the carbon monoxide detector was emitting a beeping noise indicating a low battery. Ms. Anderson stated that MILLER would not let her change the battery. Ms. Anderson said that MILLER would lie down in bed but then immediately get up and start bouncing around the house.

c.   Ms. Anderson said that she arose from bed around 9:00AM. MILLER was talking to himself and was yelling loudly. Ms. Anderson described MILLER as continually darting from the first floor to the second floor and from inside to outside the home. Ms. Anderson said that MILLER was making a lot of noise and was banging loudly. Ms. Anderson said that at one point around 12:00PM, MILLER was walking around the outside of the home with just a shirt on and no pants/underwear. Ms. Anderson observed that MILLER'S leg was cut and bleeding but she was unsure how that occurred. Ms. Anderson said that MILLER was making so much noise that she hoped a neighbor would call the police to lodge a noise complaint. At 1:13PM, Ms. Anderson said that she attempted to use the Emergency SOS feature on her iPhone but the call did not complete. Ms. Anderson said that she tried to continue managing the situation but knew she needed assistance when MILLER told her, "You're going to need to be eliminated."

d.   At 7:03PM, while MILLER was in the backyard yelling at no one in particular, Ms. Anderson called 911 and requested assistance. The Barnstable Police arrived and an officer came to the front door. Ms. Anderson advised the officer that MILLER was in the backyard. Ms. Anderson said that she stayed near the front door while the officer went to the backyard. Ms. Anderson said that she could not see or hear the officer's interaction with MILLER in the backyard. Ms. Anderson then heard persons walking on the back deck and suddenly MILLER and the officer were inside the home. Ms. Anderson described MILLER as leaning over the table in the office. Ms. Anderson observed the officer trying to control MILLER from behind. Ms. Anderson was not sure when or how the second officer made entry into the home. Ms. Anderson said that she heard an officer say three or four times to MILLER, "Put your hands behind your back!" Ms. Anderson said that MILLER was not doing that. Ms. Anderson said that she was watching as the officers tried to subdue MILLER. Ms. Anderson heard MILLER ask for Ms. Anderson's help as the officers were trying to take MILLER into custody. Once MILLER was handcuffed, Ms. Anderson heard one of the officers ask, "Is he out?" Ms. Anderson said she was nervously waiting for MILLER to respond to make sure that he was not having some sort of medical event. Ms. Anderson said that officers were already transitioning into providing medical care. Ms. Anderson saw an officer performing CPR and later observed a bag valve mask on MILLER'S face.

3 | Page

*Excellence In Service Through Quality Policing*

Additional arriving first responders took over lifesaving measures and an automated CPR machine was affixed to MILLER as he was being prepped for transport to CCH. Ms. Anderson said that she was unable to estimate the amount of time that elapsed during the incident.

e.      Ms. Anderson identified MILLER'S next of kin as Jennifer Rafus, MILLER'S sister.

5.      At approximately 10:50PM, Detective Lieutenant Mawn arrived on scene. Detective Lieutenant Mawn advised that he arrived to CCH at approximately 9:37PM and Barnstable Police Officer Kevin Shaw was present with MILLER. At approximately 10:32PM, Trooper Bill Watson (CSSS) arrived to CCH and took all appropriate digital photography of MILLER. Detective Lieutenant Mawn stated that he did not observe any overt trauma or injuries to MILLER. Detective Lieutenant Mawn estimated that MILLER was 5'10" and 225 pounds. Detective Lieutenant Mawn noted that MILLER'S hands and feet were in poor condition with several small cuts and scabs, some of which appeared to be healing and some of which appeared fresh. Ms. Anderson verified that MILLER'S hands and feet were in rough shape when she returned home from Florida.

6.      At approximately 11:00PM, Trooper Watson arrived on scene. Trooper Watson took all appropriate digital photography of the residence. I observed one half of a set of kitchen shears on the table where MILLER was leaning over while resisting officers. On the floor where MILLER was restrained was a golf club. Ms. Anderson stated that MILLER had removed this golf club from the golf bag earlier in the day and placed it on the floor because MILLER said that he wanted everything pointed in the "right direction." Ms. Anderson added that MILLER had other items like dumbbell weights, a hammer and a pizza box pointed in specific directions in the backyard. I exited the home and observed these items oddly positioned as described. Also, I observed that one half of the exterior slider door was no longer attached to the door frame. This slider is the access point from the back deck to the office. On the second floor of the home, the bedroom door had been removed from the hinges and the screen on the bedroom window had been pushed out. Ms. Anderson advised that MILLER had been making a significant amount of noise on the second floor and was continually rearranging the second floor deck furniture throughout the day.

7.      At approximately 11:35PM, all police personnel cleared the scene.

8.      At approximately 11:45PM, I spoke to the Office of the Chief Medical Examiner (OCME) intake specialist Robin Tingley. I learned that CCH Dr. Kristen Liska declared that MILLER was deceased at 8:00PM. Ms. Tingley accepted jurisdiction of the case on behalf of the OCME at 11:37PM.

9.      On Wednesday, April 17, 2019, at approximately 7:56AM, I spoke with Jennifer Rafus via telephone. Mrs. Rafus confirmed that she was MILLER'S sister and informed me that Ms. Anderson had already notified her of MILLER'S death. Mrs. Rafus described MILLER'S long history of suffering from mental illness. Mrs. Rafus said that MILLER experienced his first psychotic episode around age 21/22. MILLER was diagnosed as Bipolar during this time period. Mrs. Rafus stated that MILLER would go for

4 | Page

*Excellence In Service Through Quality Policing*

BPD 000011

significant stretches without any issues but paranoia always seemed to resurface. Mrs. Rafus said that she could recall three or four instances of MILLER being hospitalized for psychotic evaluation. Mrs. Rafus said that MILLER was struggling with mental demons for quite a while. Mrs. Rafus was sad to learn of MILLER'S passing but was ultimately glad that MILLER did not harm himself or someone else.

10. On Thursday, April 18, 2019, Lieutenant Mellyn provided me with a copy of the 911 call made by Ms. Anderson and a copy of the Barnstable Police Department radio transmissions regarding this incident. In the 911 call, the caller, who identifies herself as "Amy", states that her husband is being delusional and that it is very frightening. The 911 call and the police radio transmissions were uploaded as an attachment in the ACISS case file.

11. On Friday, April 19, 2019, Lieutenant Mellyn provided me with a copy of the Hyannis Fire Department prehospital care report regarding MILLER. The prehospital care report was uploaded as an attachment in the ACISS case file.

12. On Thursday, May 30, 2019, at approximately 2:27PM, Detective Lieutenant Mawn and I interviewed Officer Sean Roycroft at the Barnstable Police Department. Officer Roycroft was the first officer to arrive at 45 Elm Street, Hyannis, on April 16, 2019, after Ms. Anderson called 911 requesting assistance. The interview was audio recorded and was uploaded as an attachment in the ACISS case file. Please refer to the audio recording.

13. On Thursday, May 30, 2019, at approximately 3:28PM, Detective Lieutenant Mawn and I interviewed Officer Spencer Jackson at the Barnstable Police Department. Officer Jackson was the second officer to arrive at 45 Elm Street, Hyannis, on April 16, 2019, after Ms. Anderson called 911 requesting assistance. The interview was audio recorded and was uploaded as an attachment in the ACISS case file. Please refer to the audio recording.

14. On Monday, July 15, 2019, I contacted the OCME regarding the results of MILLER'S autopsy. Dr. William Zane ruled that MILLER'S cause of death is cardiac dysrhythmia in the setting of excited delirium known psychiatric illness at the time of restraint, hypertensive cardiovascular disease, obesity, adrenal insufficiency and hypothyroidism and the manner is natural.

15. I request that this case be classified as closed.

Respectfully Submitted,

Trooper Jeffrey F. Diotte, #3421
Massachusetts State Police
Cape and Islands Detective Unit

5 | Page

*Excellence In Service Through Quality Policing*

BPD 000012