

BPD 000865



BPD 000908







