UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW JERSEY, *et al.*,

            *Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

            *Defendants*.

No. 1:25-cv-10139-LTS

## STATUS REPORT

Pursuant to the Court's order of January 22 (ECF No. 26), counsel for Plaintiffs met and conferred with counsel for Defendants regarding a briefing schedule in this case. The parties have jointly agreed to, and request that the Court order, the following schedule:

- on or before January 31, 2025, Defendants will file a single, consolidated brief of up to 40 pages responding to both (1) Plaintiffs' motion for a preliminary injunction in this case and (2) the motion for a preliminary injunction in *Doe v. Trump*, No. 1:25-cv-10135;

- on or before February 4, 2025, Plaintiffs in this case will file a reply brief of up to 10 pages in support of their motion for a preliminary injunction; and

- the Court will hold a hearing on Plaintiffs' motion on February 7, 2025.

The foregoing schedule harmonizes the briefing and argument in this case with the schedule the Court has already ordered in *Doe*. As noted in Plaintiffs' separate response to the Court's Order to Show Cause, Defendants do not oppose maintaining the two cases as related.

Counsel for Plaintiffs have conferred with counsel for the plaintiffs in *Doe*, who stated that if the two cases remain related and the above deadlines are adopted, the *Doe* plaintiffs do not object to Defendants' filing a single 40-page brief in opposition to both preliminary injunction motions. The *Doe* plaintiffs otherwise take no position on whether the cases should remain related or on the appropriate briefing schedule in this case.

January 24, 2025

MATTHEW J. PLATKIN
   ATTORNEY GENERAL OF NEW JERSEY

Jeremy M. Feigenbaum*
   *Solicitor General*
Shankar Duraiswamy*
   *Deputy Solicitor General*
Viviana M. Hanley*
Shefali Saxena*
Elizabeth R. Walsh*
   *Deputy Attorneys General*
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
(609) 376-3377
jeremy.feigenbaum@njoag.gov

*Counsel for the State of New Jersey*

ROB BONTA
   ATTORNEY GENERAL OF CALIFORNIA

Denise Levey*
   *Deputy Attorney General*
Michael Newman
   *Senior Assistant Attorney General*
Marissa Malouff*
Irina Trasovan*
   *Supervising Deputy Attorneys General*
Lorraine López*
Delbert Tran*
Annabelle Wilmott*
   *Deputy Attorneys General*
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
(213) 269-6269
denise.levey@doj.ca.gov

*Counsel for the State of California*

Respectfully submitted.

ANDREA JOY CAMPBELL
   ATTORNEY GENERAL OF MASSACHUSETTS

/s/ *Gerard J. Cedrone*
Gerard J. Cedrone (BBO No. 699674)
   *Deputy State Solicitor*
Jared B. Cohen (BBO No. 689217)
   *Assistant Attorney General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2282
gerard.cedrone@mass.gov

*Counsel for the Commonwealth of*
   *Massachusetts*

PHIL WEISER
   ATTORNEY GENERAL OF COLORADO

Shannon Stevenson (*pro hac vice*)
   *Solicitor General*
Office of the Colorado Attorney General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
shannon.stevenson@coag.gov

*Counsel for the State of Colorado*

WILLIAM M. TONG
   ATTORNEY GENERAL OF CONNECTICUT

William M. Tong*
   *Attorney General*
Janelle Rose Medeiros*
   *Assistant Attorney General*
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5020
janelle.medeiros@ct.gov

*Counsel for the State of Connecticut*

KATHLEEN JENNINGS
   ATTORNEY GENERAL OF DELAWARE

Ian R. Liston†
   *Director of Impact Litigation*
Vanessa L. Kassab*
   *Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

BRIAN L. SCHWALB
   ATTORNEY GENERAL
   FOR THE DISTRICT OF COLUMBIA

Nicole S. Hill*
   *Assistant Attorney General*
Public Advocacy Division
Office of the Attorney
   General for the District of Columbia
400 Sixth Street, N.W.
Washington, D.C. 20001
(202) 727-4171
nicole.hill@dc.gov

*Counsel for the District of Columbia*

ANNE E. LOPEZ
   ATTORNEY GENERAL OF HAWAIʻI

Kalikoʻonālani D. Fernandes*
   *Solicitor General*
425 Queen Street
Honolulu, Hawaiʻi 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

AARON M. FREY
   ATTORNEY GENERAL OF MAINE

Sean D. Magenis (BBO No. 658578)
   *Assistant Attorney General*
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800
sean.d.magenis@maine.gov

*Counsel for the State of Maine*

ANTHONY G. BROWN
   ATTORNEY GENERAL OF MARYLAND

Adam D. Kirschner†
   *Senior Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
akirschner@oag.state.md.us
(410) 576-6424

*Counsel for the State of Maryland*

3

DANA NESSEL
   ATTORNEY GENERAL OF MICHIGAN

Toni L. Harris (*pro hac vice*)
Stephanie Service (*pro hac vice*)
Neil Giovanatti (*pro hac vice*)
   *Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, Michigan 48909
(517) 335-7603
harrist19@michigan.gov

*Counsel for Attorney General Dana Nessel*
  *on behalf of the People of Michigan*

KEITH ELLISON
   ATTORNEY GENERAL OF MINNESOTA

John C. Keller*
   *Chief Deputy Attorney General*
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
651-757-1355
john.keller@ag.state.mn.us

*Counsel for the State of Minnesota*

AARON D. FORD
   ATTORNEY GENERAL OF NEVADA

Heidi Parry Stern[†]
   *Solicitor General*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
(702) 486-5708
hstern@ag.nv.gov

*Counsel for the State of Nevada*

RAÚL TORREZ
   ATTORNEY GENERAL OF NEW MEXICO

James W. Grayson (*pro hac vice*)
   *Chief Deputy Attorney General*
New Mexico Department of Justice
408 Galisteo St.
Santa Fe, NM 87501
(505) 218-0850
jgrayson@nmdoj.gov

*Counsel for the State of New Mexico*

LETITIA JAMES
   ATTORNEY GENERAL OF NEW YORK

Zoe Levine*
   *Special Counsel for Immigrant Justice*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
zoe.levine@ag.ny.gov
(212) 416-8329

*Counsel for the State of New York*

JEFF JACKSON
   ATTORNEY GENERAL OF NORTH CAROLINA

Daniel P. Mosteller (*pro hac vice*)
   *Associate Deputy Attorney General*
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
(919) 716-6026
dmosteller@ncdoj.gov

*Counsel for State of North Carolina*

4

| | |
|---|---|
| PETER F. NERONHA<br>  ATTORNEY GENERAL OF RHODE ISLAND | CHARITY R. CLARK<br>  ATTORNEY GENERAL OF VERMONT |
| Katherine Connolly Sadeck (BBO No. 681501)<br>  *Solicitor General*<br>Leonard Giarrano IV (*pro hac vice*)<br>  *Special Assistant Attorney General*<br>Rhode Island Office of the Attorney General<br>150 South Main Street<br>Providence, RI  02903<br>(401) 274-4400, Ext. 2480<br>ksadeck@riag.ri.gov<br><br>*Counsel for the State of Rhode Island* | Julio A. Thompson*<br>  *Co-Director, Civil Rights Unit*<br>109 State Street<br>Montpelier, VT 06509<br>(802) 828-5519<br>julio.thompson@vermont.gov<br><br>*Counsel for State of Vermont* |
| JOSHUA L. KAUL<br>  ATTORNEY GENERAL OF WISCONSIN | DAVID CHIU†<br>  CITY ATTORNEY, CITY AND COUNTY<br>  OF SAN FRANCISCO |
| Gabe Johnson-Karp*<br>  *Assistant Attorney General*<br>Wisconsin Department of Justice<br>17 West Main Street<br>P.O. Box 7857<br>Madison, WI 53707-7857<br>(608) 267-8904<br>johnsonkarpg@doj.state.wi.us<br><br>*Counsel for the State of Wisconsin* | Yvonne R. Meré†<br>  *Chief Deputy City Attorney*<br>Sara J. Eisenberg†<br>  *Chief of Complex and Affirmative Litigation*<br>Mollie M. Lee†<br>  *Chief of Strategic Advocacy*<br>David S. Louk (*pro hac vice*)<br>Molly J. Alarcon (*pro hac vice*)<br>  *Deputy City Attorneys*<br>1390 Market Street, 6th Floor<br>San Francisco, CA 94102-5408<br>(415) 505-0844<br>david.louk@sfcityatty.org<br><br>*Counsel for City and County of San Francisco* |

\* admitted *pro hac vice*; notice of appearance forthcoming
† motion for admission *pro hac vice* forthcoming

5