## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| ESTATE OF ROBERT JOSEPH MILLER, by and through IAN MILLER, personal representative of the Estate, | ) ) ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | C.A. No. 21-10738-AK |
| SEAN ROYCROFT and SPENCER JACKSON, in their individual capacities, and the TOWN OF BARNSTABLE, MASSACHUSETTS, | ) ) ) ) ) |  |
| Defendants. | ) ) |  |

_____)

## DECLARATION OF HOWARD FRIEDMAN

I, Howard Friedman, declare the following:

1.      Attached are true and correct copies of the following exhibits. Plaintiffs are continuing the numbering system used by Defendants.

| | |
|---|---|
| Exhibit 20: | Transcript of the Deposition of Scott DeFoe[1] |
| Exhibit 21: | Roycroft's Supplemental Answers to Interrogatories |
| Exhibit 22: | Expert Report of Dr. Michael Freeman |
| Exhibit 23: | Photograph of seatbelt hold |
| Exhibit 24: | Transcript of the Deposition of Mark Mellyn (relevant pages only) |
| Exhibit 25: | Transcript of the Deposition of David Myett (relevant pages only) |
| Exhibit 26: | Transcript of the Deposition of Jennifer Ellis (relevant pages only) |

---

[1] When possible, Plaintiff cites to the exhibits submitted by Defendants. Defendants' Exhibit 18 is a partial transcript of the deposition of Scott DeFoe. Plaintiffs include the entire deposition transcript as Exhibit 20.

Exhibit 27:        Transcript of the Deposition of Kevin Tynan (relevant pages only)

Exhibit 28:        Ambulance report

Exhibit 29:        Transcript of the Deposition of Kenyon Pike (relevant pages only)

Exhibit 30:        Expert Report of Dr. Steinberg

Exhibit 31:        DOJ bulletin on Positional Asphyxia

Exhibit 32:        Expert Report of Scott DeFoe

Exhibit 33:        Roycroft Mental Health First Aid Certificate


I declare under penalty of perjury that the foregoing is true and correct.

                          Executed on this 15th day of June, 2023,

                          /s/Howard Friedman
                          Howard Friedman


**CERTIFICATE OF SERVICE**
I certify that on this day I caused a true copy of the
above document to be served upon the attorney of
record for all parties via CM/ECF.

Date: June 15, 2023        /s/ Howard Friedman
                          Howard Friedman