UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ESTATE OF ROBERT JOSEPH MILLER, by and through IAN MILLER, personal representative of the Estate, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 21-10738-FDS |
| SEAN ROYCROFT and SPENCER JACKSON, in their individual capacities, and the TOWN OF BARNSTABLE, MASSACHUSETTS, | ) ) ) ) | |
| Defendants. | ) ) ) | |

### DEFENDANT SEAN ROYCROFT'S
### ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 1**

Identify yourself, including your full name, address, height, weight, date of birth, and a description of any tattoos you have.

**ANSWER NO. 1**

Address: ███████████. North Port, Fl 34287

**INTERROGATORY NO. 4**

Describe your employment history since graduating high school, including:

a.   each and every job;
b.   the name and address of the company for each such job;
c.   the time period you worked for the company for each such job;
d.   the name of your supervisor at each such job; and,
e.   the reason for leaving each such job.

1

**ANSWER NO. 4**

I recently retired from the Barnstable Police Department.

**INTERROGATORY NO. 5**

With regard to your employment as a police officer with the Barnstable Police Department, please state:

a.    each position you have held in the department;
b.    the dates on which you were appointed to each position;
c.    each division or unit to which you were assigned;
d.    the date on which any assignment terminated and the reason it terminated; and,
e.    the dates on which you were promoted or demoted to each rank.

**ANSWER NO. 5**

I recently retired from the Barnstable Police Department.

I received training in the area of non-deadly use of force every year throughout my career as a Barnstable police officer.

**INTERROGATORY NO. 9**

Describe in detail everything that happened during the incident, beginning when you were first dispatched to Mr. Miller's home, and ending when you completed your shift. **A copy of your police report narrative is not a sufficient response to the information requested in this interrogatory.**

Your detailed answer should include the following information:

a.  State everything you heard, saw, said, and did.
b.  State the time when each event took place to the best of your recollection.
c.  Identify all of the people who were involved.
d.  State everything any other person said during the incident. For each such statement, please identify the time and place that it occurred to the best of your recollection, identify who made the statement, and identify each person present when the statement was made. If any of the statements were recorded in any manner, identify the method of recording and any documents containing the recording for each such statement.

Your answer should include information you know from your own personal knowledge as well as information you learned from other sources, indicating the source of the information.

**ANSWER NO. 9**

I noticed a typographical error in my prior response to this question. My initial response included the sentence, "I went back into the house and saw that there was a pair of scissors and 2 knives on the table." It should have read, "I went back into the house and saw there was a pair of scissors that were separated and looked like two knives on the table," which is consistent with my memory of these events and my police report.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 28th DAY OF MARCH, 2022.

Sean Roycroft

As to Objections:

*/s/ Alexandra M. Gill*
Douglas I. Louison (BBO# 545191)
Alexandra M. Gill (BBO# 663040)
Louison, Costello, Condon & Pfaff, LLP
10 Post Office Square, Suite 1330
Boston, MA 02109
(617) 439-0305
dlouison@lccplaw.com
sgill@lccplaw.com

3

## <u>CERTIFICATE OF SERVICE</u>

I, Alexandra Gill, hereby certify that on March 28, 2022 I served the foregoing by causing a copy to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and/via email or paper copies will be sent to those indicated as non-registered participants.

/s/ *Alexandra Gill*
Alexandra Gill