**EXHIBIT**

**17**

**Sean Roycroft**
3/30/22
C.A. No. 21-10738-AK

