# In the Matter of:

*Estate of Robert Miller vs*

*Sean Roycroft et al.*

*Mark Mellyn*

*December 16, 2021*



68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
court-reporting.com

Estate of Robert Miller vs
Sean Roycroft et al.

Mark Mellyn
December 16, 2021

4

P R O C E E D I N G S


MARK MELLYN, having been first duly sworn, was examined and testified as follows:


MS. McKINNON:  Before we begin, Sasha, we agree to stipulate that we will reserve all objections until trial except those as to form and motions to strike?

MS. GILL:  Agree.


EXAMINATION

BY MS. McKINNON:

Q.   Good morning -- is it sergeant?

A.   Lieutenant.  Thank you.

Q.   Lieutenant.  I apologize.

A.   That's okay.

MS. McKINNON:  Now I do hear an echo actually.  Do others hear an echo?

MADAM COURT REPORTER:  Yes.

A.   Did that change it for anything?  I know a couple of people muted.

MS. McKINNON:  Let me see if I -- yeah, I hear myself -- (indiscernible) -- let me see if

Estate of Robert Miller vs
Sean Roycroft et al.

Mark Mellyn
December 16, 2021

7

Q.   What were the photos of?

A.   The house at 45 Elm.

Q.   Okay.  And other than your counsel, did you speak with anyone about your deposition today?

A.   No.

Q.   And you're here represented today by Attorney Gill, correct?

A.   Yes.

Q.   And you understand that she also represents Officers Roycroft and Jackson in this lawsuit?

A.   I do.

Q.   Okay.  So how are you currently employed?

A.   I'm a lieutenant for the Barnstable Police Department, Town of Barnstable.

Q.   How long have you held the rank of lieutenant?

A.   2015 I was promoted to Lieutenant.

Q.   Okay.  And when did you join the Barnstable Police Department?

A.   1995.

Q.   Okay.  And so I assume you were a patrol person for a period of time?

A.   Yes.  Approximately eight years.

Q.   You said eight?

A.   Yes.

Estate of Robert Miller vs
Sean Roycroft et al.

Mark Mellyn
December 16, 2021

15

that correct?

A.    Yes.

Q.    Okay.  And are you aware if Officer Roycroft brought -- excuse me.  Officer Roycroft requested backup assistance before he engaged with Mr. Miller?

A.    I am not aware that he requested backup before engagement with Mr. Miller.

Q.    Okay.  You see here that on number nine it indicates that if an individual is placed in custody for any reason, he should be restrained in the same manner in accordance with your rules regarding prisoner restraints, right?

A.    Yes, I can see that, Attorney McKinnon.

Q.    Are you familiar with what Officer Roycroft has called the seatbelt hold?

A.    Am I familiar with it?

Q.    Yes.

A.    No.  I've read his report, and I'm familiar with the manner in which he said he restrained Mr. Miller, but I am not familiar with that term.

Q.    Okay.  Number eight here indicates that during incidents in which the initial responders believe specialized personnel may be useful, the Crisis