# In the Matter of:

*Estate of Robert Miller vs*

*Sean Roycroft et al.*

*David Myett*

*April 29, 2022*

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
court-reporting.com



P R O C E E D I N G S

COURT REPORTER:  Will counsel please state their appearances and who they represent for the record and acknowledge that, in lieu of an oath administered in person, the witness will verbally declare his testimony in this matter under the pains and penalties of perjury, and also that counsel consent to this arrangement and waive any objections to this matter of proceeding?  After which, I'll swear in the witness and we may begin.

MR. FRIEDMAN:  Good morning.  I'm Howard Friedman.  I represent the Plaintiff in this case. And I ascent to all of the things that you have mentioned and I do not object to any of them.

MS. GILL:  Good morning.  This is Alexandra Gill.  I represent Sean Roycroft, Spencer Jackson and the Town of Barnstable in this matter. I also consent to everything that you said and waive any objections.

DAVID MYETT, Deponent, having been satisfactorily identified by the production of his Massachusetts driver's license and having been first

duly sworn by the Notary Public, deposes and says as follows:

MR. FRIEDMAN:  Before we begin with questioning, we will stipulate that we reserve all objections, except as to the form of the question, until the time of trial, including motions to strike.

MS. GILL:  Thank you.  Agreed.

DIRECT EXAMINATION

BY MR. FRIEDMAN:

Q.  Can you state your name for the record, please, sir?

A.  Sure.  It's David A. Myett, M-y-e-t-t.

Q.  Have you ever been deposed before?

A.  I have.

Q.  How many times?

A.  Geez, I would say at least three.  I'm not really sure the exact number.

Q.  Okay.  So you probably know there are some rules in a deposition.  Number one, if you don't understand a question, let me know.  Because if you answer it, I'll assume you understand it.  Okay?

A.  Yes, sir.

A.  Yes, he is.

Q.  What's his first name?

A.  Daniel.

Q.  Did you ever hear of a leg sweep maneuver?

A.  I don't know what that is.

Q.  Am I right that officers are supposed to follow the policies and procedures of the Barnstable Police Department?

A.  Yes.

Q.  And the policy on restraint technique says, "techniques may be applied by using hands or the baton as trained;" correct?

A.  Yes.

Q.  So officers are supposed to use techniques that they've been trained on; you agree on that? Yes?

A.  I do agree, yes.

Q.  Had you ever heard the term "seatbelt hold" at least before this case?

A.  No, I had not.

Q.  Are you aware of Barnstable Police officers ever being trained on using a seatbelt hold?

A.  Not that I'm aware of, no.

Q.  Now, you mentioned that officers can use

Estate of Robert Miller vs
Sean Roycroft et al.

David Myett
April 29, 2022

30

had said.  I think Amy maybe came with me.  I don't believe the officers came -- maybe one of them.  I really don't remember who came with me.  But I really just very briefly looked at the scene.

And then I had a very brief meeting with Officer -- I mean Sergeant Tynan had arrived and we had a quick conversation.  And then I followed -- or, actually, Officer Shaw followed rescue down and then I went a few minutes later down to the hospital just to see what condition, you know, Mr. Miller was in.

Q.  What was your job position that day?

A.  I was a patrol supervisor.

Q.  And what was Sergeant Tynan's position?

A.  Patrol supervisor.

Q.  Did you have different sections or did you both patrol the whole area?

A.  We generally -- it's not really assignments when it comes to supervisors.  It's more of we're both -- you know, one sergeant may -- if we have -- sometimes you'll have the entire town and other times you'll only have -- you might have the luxury of having two supervisors.  Most times you only have one supervisor.