# In the Matter of:

## *Estate of Robert Miller vs*

## *Sean Roycroft et al.*

*Jennifer Ellis*

*June 15, 2022*

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
court-reporting.com



Estate of Robert Miller vs
Sean Roycroft et al.

Jennifer Ellis
June 15, 2022

4

J E N N I F E R   E L L I S, called as a witness, having been first duly sworn by a Notary Public of the Commonwealth of Massachusetts, was examined and testified as follows:

EXAMINATION BY

MR. FRIEDMAN:

THE COURT REPORTER:  The parties agree that this deposition proceeding is being recorded via a Zoom platform, and it is acknowledged by the parties that the Zoom platform is unattended by an O'Brien & Levine videographer or any representative of O'Brien & Levine, and that Attorney Howard Friedman has been given the hosting rights.  Furthermore, all parties hereby agree to indemnify and hold harmless O'Brien & Levine for this audio, visual recording via the Zoom platform.

MR. FRIEDMAN:  Before we begin, we'll stipulate that we'll reserve all objections except as to the form

Estate of Robert Miller vs
Sean Roycroft et al.

Jennifer Ellis
June 15, 2022

5

of the question until time of trial, including motions to strike, have the witness read and sign and waive the notary.  Is that acceptable, Ms. Gill?

MS. GILL:  Absolutely.  Thank you.

MR. FRIEDMAN:  Excellent.

Q.    Now would you state your name for the record please.

A.    Jennifer Ellis.

Q.    Ms. Ellis, have you ever been deposed before?

A.    Yes.

Q.    How many times?

A.    I don't recall.

Q.    Was it more than six, or less than that?

A.    Less than six.

Q.    Was it involving your work as a police officer, or other matters?

A.    Involving my work as a police officer.

Q.    Although, you've been deposed

9

Q.     Are you still practicing law?

A.     No.

Q.     Have you ever taken a deposition?

A.     I don't believe so.

Q.     When did you begin employment as a Barnstable police officer?

A.     I believe in 1995, I started as a summer officer.

Q.     In 2016, you became a sergeant?

A.     Yes.

Q.     And in 2019, you became a lieutenant?

A.     Yes.

Q.     Now do you know where former Deputy Chief Sean Balcom is now?

A.     No.

Q.     Do you have any idea how one could reach him?

A.     No.

Q.     Do you know the defendant, Sean Roycroft?

A.     Yes.

Q.     How did you know him?

Estate of Robert Miller vs
Sean Roycroft et al.

Jennifer Ellis
June 15, 2022

14

mentally ill?

A.    I don't recall.  I don't, not that I can recall.

Q.    At some point, you worked training police officers, correct?

A.    Yes.

Q.    And when did you begin as a trainer?

A.    I believe it was 2015.

Q.    What courses did you teach as a trainer?

A.    I taught mental health first aid.

Q.    Did you teach any other courses?

A.    I don't believe so.

Q.    How did you get selected to teach the course in mental health first aid?

A.    We wrote a grant for the CIU, and that was a part of the grant, was to, you know, take the trainer course, and then come back and teach the course to the department members.

40

the case in some situations.

Q.    That's important information for a police officer to know, correct?

A.    It's something to consider when dealing with somebody in psychosis.

Q.    Okay.  Why don't we go to page BPD 327, Try to De-Escalate.  So you see here, the portion, Try to De-Escalate the Situation.  Are there things listed here things that you trained officers in your Mental Health First Aid course?

A.    To the best of my recollection, it looks familiar.  It looks like I might have trained on that.

Q.    One thing in a mental health situation, the first is to try to de-escalate the situation, correct?

A.    Try to de-escalate the situation.

Q.    Yeah.  And out of the points listed after that element of what one would do to try to de-escalate a situation?

A.    Like, they're different options of what you could try.

Estate of Robert Miller vs
Sean Roycroft et al.

Jennifer Ellis
June 15, 2022

48

MS. GILL:  Objection.

A.     Well, I wasn't there.  I don't know what Sean felt or how exigent he felt the situation was.  Or I don't know.  I can't answer for Sean.

Q.     No.  But in terms of training, it's a good idea to wait and have more officers there, correct?

A.     You cannot always wait for other officers to arrive before you engage in a situation.

Q.     You can't always wait, but if you can, it's a good idea, isn't it?

A.     It can be a good idea.

Q.     If it's not an emergency, better to have greater numbers, two people can do more things than one officer, correct?

A.     If it's not an emergency and you can wait, potentially.

Q.     Let me ask you this.  Are you reluctant to view in any way your testimony as questioning the conduct of Officer Sean Roycroft?

the side of the police officer?

MS. GILL:  Objection.

A.    It depends on what that individual officer perceives to be an emergency.

Q.    Would you agree that in dealing with a person who's suffering from mental illness, distance is helpful for the police officer, not getting too close to the individual?

A.    It can be when the situation allows for that.

Q.    Now you've gone over the policies on use of force, I believe, correct?

A.    Yes.

Q.    And you've been trained on using force as a police officer, correct?

A.    Yes.

Q.    And you review reports of officers who use force, correct?

A.    I do.

Q.    Have you ever been trained in the seatbelt hold?

Estate of Robert Miller vs
Sean Roycroft et al.

Jennifer Ellis
June 15, 2022

61

A.    No.

Q.    Are you aware of anyone other than Officer Roycroft in the Barnstable Police Department ever using a seatbelt hold?

A.    I don't know.  I mean, I'm not aware of it.

Q.    So the only time you are aware of any officer in Barnstable using a seatbelt hold was in this case involving Robert Miller, correct?

A.    I'm sorry.  I need you to repeat that.  I'm sorry.

Q.    The only time that you are aware of a Barnstable police officer using a seatbelt hold is in this case involving Robert Miller and Sean Roycroft, correct?

A.    That's all that I'm aware of.

Q.    Why do police departments bother with training?

MS. GILL:  Objection.

A.    Some of it's mandated by the State.  I think you want your officers to be educated and have a lot of tools in