# In the Matter of:

## *Estate of Robert Miller vs*

## *Sean Roycroft et al.*

*Kevin Tynan*

*April 29, 2022*

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
court-reporting.com



Estate of Robert Miller vs
Sean Roycroft et al.

Kevin Tynan
April 29, 2022

4

P R O C E E D I N G S


MR. FRIEDMAN:  Before we start, we'll have the same stipulations as the last deposition?

MS. GILL:  Agreed.


KEVIN TYNAN, Deponent, having been satisfactorily identified by the production of his Massachusetts driver's license and having been first duly sworn by the Notary Public, deposes and says as follows:


DIRECT EXAMINATION

BY MR. FRIEDMAN:

Q.  Could you state your name for the record, please?

A.  Kevin J. Tynan.

Q.  And you're represented by Attorney Sasha Gill; correct?

A.  Yes, sir.

Q.  And you understand that she also represents Officers Jackson, Roycroft and a number of other officers in the Barnstable Police Department as well as firefighters and EMT's; correct?

Estate of Robert Miller vs
Sean Roycroft et al.

Kevin Tynan
April 29, 2022

7

Q.  Okay.  Did you discuss this incident to prepare with either Officer Jackson or Officer Roycroft?

A.  Prior to this Zoom?

Q.  Sure.

A.  No.

Q.  What was your job position on April 16th of 2019?

A.  I was a sergeant assigned to the evening shift.

Q.  I gather at some point you retired from the Barnstable Police Department?

A.  January of 2020.

Q.  Are you working now?

A.  No.

Q.  Have you worked as a special police officer --

A.  I'm a special police officer, yes.  I do details as a part-time job when I want to do it.

Q.  And you retired about the same time as Deputy Chief Balcom; is that correct?

A.  Within weeks, I think, sir.

Q.  Do you know where he is now?

A.  I do not.

Lieutenant Malin?

A.   That they were dispatched there for a call regarding Mr. Miller.  That Roycroft and Jackson tried to restrain Mr. Miller.  And when they did get him restrained, he suffered a medical emergency.

Q.   Did you learn how Officer Roycroft initially restrained Mr. Miller?

A.   From the report.

Q.   When did you first read the report?

A.   Last week.

Q.   Okay.  And from the report, did you learn that he used a seatbelt hold?

A.   That's what the report said.

Q.   Had you ever heard of the term "seatbelt hold"?

A.   No.

Q.   Were you trained in using a seatbelt hold?

A.   Not that I remember.

Q.   Did you know that the officers who were involved with the Eric Garner case in New York City said they were using a seatbelt hold?

A.   I did not.

Q.   Did you have Officer Roycroft explain to you what he meant by a seatbelt hold?