**Patient Name:** Miller, Robert
**Priority:** Priority 3
(Green)

**Incident #:** 2019001884



**Hyannis Prehospital Care Report**

Hyannis Fire Department
95 High School Rd. Ext.
Hyannis, MA 02601
Work: (508) 775-1300
Fax: (508) 778-6448

## Patient Information

**Name:** Miller, Robert
**Address:** 45 ELM STREET
Hyannis, MA 02601
**Incident/Patient Disposition:** Pt Treated, Transported

**Age:** 63 Years
**Gender:** Male

**D.O.B.:** ███ 1956
**Race:** White

## Provider Impression

**Primary Impression:** Cardiac Arrest

**Secondary Impression:** Cardiac Arrest

**Initial Patient Acuity:** Priority 3 (Green)

**Final Patient Acuity:** Priority 1 (Red)

## Narrative

**Narrative:** Dispatched to above address from FA for BPD on location with mental health evaluation. While en route to call FA reporting CPR in progress. E-6 dispatched by FA.

On arrival, greeted outside by BPD sts " pt is inside front area w/ other officers doing CPR w/ no shock advised." Escorted to pt.

On exam, 63 y/o male found supine on floor in cardiac arrest in small area off of dining room, 1 officer performing chest compression, 1 officer providing ventilations w/ BVM w/ O2 and AED applied that advised no shock advised. Officers sts " we were here for mental health evaluation and pt was calm and cooperative at first. He got angry and went for a golf club and we took him down and cuffed him. He was talking and we stood him up and started to walk out and he collapsed, we immediately started CPR and applied AED." Officers continued CPR and assisted w/ moving pt into dining room to larger area where Lucas was applied, cardiac monitor applied, and rhythm checked found to be in PEA rate of 32 and CPR continued w/ Lucas and pupils are fixed and dilated. Pt moved to backboard w/ assist from E-6 crew, to stretcher. BVM continued w/ 90 mm OPA placed. IO placed in L. leg, 1 mg EPI 1:10,000 given, 4 mg Narcan given, BS 80. First cardiac monitor had bad connection when moving pt to stretcher and swapped to another monitor. Pt was still found to be in PEA w/ rate 40. CPR continued w/ 2 more amps of EPI 1:10,000 given. ETT 8.5 inserted at 25 mm to lip line with vocal cord visualization, misting of tube, and auscultation with lung sounds. Improvements noted to wave form capnography. E-6 crew member obtained medical Hx from family, psych medications that pt was non compliant with and hypothyrodism. Otherwise unclear on PMHX or allergies.

Pt transported w/ cardiac arrest reported to CCH ER c-med report following ACLS pt remained in PEA during transport. Moved to Rm 3, MD and RN given report and care transferred to staff at facility.

## Past Medical History

### Patient Medications

| Medication | Dosage | Route |
|---|---|---|
| bupropion (Wellbutrin) | | |
| propranolol (Inderal) | | |
| fluoxetine (Prozac) | | |

### Medication Allergies

**Medication Allergies**

Unable to Complete

**Medical History:** Unresponsive

**Unit Notified:** 04/16/2019
19:13:00
**Incident #:** 2019001884

**Patient Name:** Miller, Robert

**Date Printed:** 08/03/2021
13:22
**Call #:** HYFD-1904-1375