# Mental Health First Aid USA



**MENTAL HEALTH FIRST AID ™**

# Certificate

## *Sean J. Roycroft*

has completed the 8 hour course and is now certified in

# Mental Health First Aid USA

And has been trained to provide initial help to people experiencing mental health problems such as depression, anxiety disorders, psychosis, and substance use disorders.

This certification became effective on:  February 11, 2016
Date

This certification expires on:  February 11, 2019
Date

Patrol Officer Jennifer Parkas Ellis
Instructor

Patrol Officer Jason Sturgis
Instructor



MISSOURI DEPARTMENT OF
**MENTAL HEALTH**



# NATI◉NAL COUNCIL
## FOR BEHAVIORAL HEALTH
MENTAL HEALTH FIRST AID

*Healthy Minds. Strong Communities.*



Mental Health First Aid USA is coordinated by the National Council for Behavioral Health, the Maryland Department of Health and Mental Hygiene, and the Missouri Department of Mental Health.



BPD 000340