UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ESTATE OF ROBERT JOSEPH                    Docket No.: 1:21-cv-10738-AK
MILLER, by and through IAN
MILLER, personal representative of
the Estate,
        Plaintiff,

V.

SEAN ROYCROFT and SPENCER
JACKSON, in their individual capacities
and the TOWN OF BARNSTABLE,
MASSACHUSETTS,
        Defendants.

---

## NOTICE OF INTERLOCUTORY APPEAL

---

NOTICE is hereby given that the Defendants, Sean Roycroft and Spencer Jackson, appeal

to the United States Court of Appeals for the First Circuit from the Memorandum and Order of

the Court entered on March 31, 2024 by the Honorable Angel Kelley, denying Defendants'

Motion for Summary Judgment with respect to the issue of qualified immunity as it pertains to

the Plaintiff's claim of a violation of excessive use of force pursuant to 42 U.S.C. § 1983.  (Civ.

Doc. No. 76).

Respectfully submitted,

The Defendants,
SEAN ROYCROFT and
SPENCER JACKSON,

By their attorneys,

*/s/ Alexandra M. Gill*
Douglas I. Louison (BBO# 545191)
dlouison@lccplaw.com
Alexandra M. Gill (BBO# 663040)
sgill@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
10 Post Office Square, Suite 1330
Boston, MA 02109
(617) 439-0305

## CERTIFICATE OF SERVICE

I, Alexandra M. Gill, certify that on April 9, 2024, I served the foregoing by causing a copy to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants.

*/s/ Alexandra M. Gill*
Alexandra M. Gill

Dated: April 9, 2024