# United States Court of Appeals
## For the First Circuit

No. 25-1787

VICTIM RIGHTS LAW CENTER; TARA BLUNT; T. R., by and through their parent, Tara Blunt; KAREN JOSEFOSKY; A. J., by and through their parent, Karen Josefosky,

Plaintiffs - Appellees,

v.

UNITED STATES DEPARTMENT OF EDUCATION; LINDA MCMAHON, in the official capacity as Secretary of Education; CRAIG TRAINOR, in the official capacity as Acting Assistant Secretary for Civil Rights,

Defendants - Appellants.

**MANDATE**

Entered: January 15, 2026

In accordance with the judgment of January 15, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jonathan Hale Friedman
Abraham R. George
Donald Campbell Lockhart
Steven A. Myers
Sean R. Ouellette
Melissa N. Patterson
Lindsey Reid Skibell