IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF CALIFORNIA; et al.,

      *Plaintiffs,*

v.

      Case No. 1:26-cv-11581

DONALD J. TRUMP, et al.,

      *Defendants.*

## DECLARATION OF JOHN STRODTBECK

I, John Strodtbeck, declare as follows:

1. I am a resident of the State of Michigan. I am over the age of 18 and have personal knowledge of all the facts stated herein, except those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the administrator of the Employee Engagement and Quality Division at the Michigan Department of States (MDOS). In this role, I am responsible for overseeing the team that drafts and updates MDOS's policies and procedures for issuing credentials, titling and registering vehicles, and registering customers to vote.

3. MDOS is a user agency of SAVE, the system maintained by U.S. Citizenship and Immigration Services (USCIS), purportedly for the purposes of allowing users to verify individuals' immigration status. MDOS uses SAVE to verify the immigration or citizenship status of individuals applying for a driver's license or identification card. SAVE returns a response of U.S. citizen for applicants who are naturalized or who have derived U.S. citizenship;

1

lawful permanent resident for customers who have permanent resident status and are allowed to stay in the U.S. indefinitely; or nonimmigrant for applicants who have temporary visas.

4.      During the verification of immigration status for individuals applying for a driver's license or state identification card, or through voter-list maintenance checks, MDOS has consistently identified anomalies in SAVE responses. In these cases, the SAVE system returns immigration classifications that do not match the individual's actual status. Examples include:

- U.S. citizens with a Certificate of Citizenship or Certificate of Naturalization receiving responses from SAVE indicating immigrant or non-immigrant classifications.

- Lawful permanent residents with a valid Permanent Resident Card receiving responses from SAVE as vocational students or other non-immigrant categories.

- Non-immigrants admitted temporarily receiving responses from SAVE indicating U.S. citizenship. SAVE refers to these errors as "merged identity" cases. Resolving them often requires submitting multiple additional verification requests and contacting the SAVE Help Desk to obtain an accurate classification.

- Non-immigrant verifications from SAVE that do not align with the statuses or the dates listed on the immigration documentation presented by the individuals admitted in the country as nonimmigrants for a specific purpose and period.

5.      MDOS continues to identify irregularities in SAVE verification results that do not align with an individual's actual immigration status. Although metrics have not been tracked to measure changes in accuracy of information, the issues noted date back to at least 2017. These inaccuracies contribute to processing delays, increase the number of required verification cycles,

2

and negatively affect both customer experience and the individual's broader immigration journey.

Because MDOS relies on SAVE responses to determine eligibility for driver's licenses, state identification cards, and voter-list maintenance, inconsistent or incorrect results create additional administrative burden and prolong case resolution.

6.     MDOS has internal review procedures to ensure that questionable SAVE results are not accepted at face value. Staff are trained to identify potential anomalies, request further verification steps within SAVE when needed, and escalate cases to ID Exception Unit for review or resolution with the SAVE Help Desk.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 21, 2026, at Spring Arbor, Michigan.

John Strodtbeck
Division Administrator
Michigan Department of State

3